```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
```

APR 1 1 2025    *Hk*

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| TROY T SMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SNOHOMISH COUNTY,<br>CITY OF EVERETT,<br>And J. DOE #1 through 50, inclusive,<br><br>Defendant. | Case No.: 25-cv-00657-JLR<br><br>MALICIOUS PROSECUTION<br><br>AND<br><br>DIGITAL SPOILATION, BRADY<br><br>VIOLATIONS<br><br><br>JURY TRIAL DEMANDED<br><br>(NO MAGISTRATES) |

## I.    INTRODUCTION

1.1     Comes now, Plaintiff Troy Smith, (hereinafter "Mr. Smith" "Troy" or "Plaintiff") is a single man and brings this Complaint for damages for Malicious Prosecution, Violation of 1st Amendment, Violation of 5th Amendment, and Brady Violation against the above-named Defendants and alleges as follows:

## II.    JURISDICTION AND VENUE

2.1     This action arises under Title 42 of the United States Code, § 1982 and § 1983. the First and Fifth Amendments to the Constitution, Laws of the State of Washington and common law.

2.2     Title 28 of the United States Code § 1331 and § 1343 confers jurisdiction upon this Court.

2.3     The unlawful acts, omissions, and practices alleged herein occurred in Snohomish

COMPLAINT FOR DAMAGES - 1

1  County, Washington, which is within this judicial district.

2      2.4    Title 28 United States Code § 1391(b) confers venue upon this Court.

3  ### III.    PARTIES

4      3.1    Plaintiff: Troy T. Smith ("Plaintiff" or "Mr. Smith") is a natural person and a resident

5  of Snohomish County, Washington. At all times relevant to this action, Plaintiff has been a law-

6  abiding citizen and property owner whose primary livelihood was derived from his licensed kennel

7  operation, which lawfully housed, bred, and cared for animals. Plaintiff's involvement in this

8  litigation arises from his ownership interest in the seized animals and his standing as the party

9  aggrieved by the Defendants' unlawful actions. Mr. Smith brings this action individually, in his

10  own capacity, to vindicate the deprivation of his property rights, civil rights, and other damages

11  sustained as a result of Defendants' unlawful and unconstitutional conduct.

12      3.2    Defendant Snohomish County: Snohomish County is a local governmental entity

13  duly organized and existing under the laws of the State of Washington. As a public body corporate

14  and politic, it is responsible for the acts and omissions of its employees, agents, and officers,

15  including but not limited to those employed within Snohomish County Animal Control, the

16  Snohomish County Sheriff's Office, and other subdivisions or agencies operating under its

17  authority. Pursuant to RCW 4.96.010, Snohomish County has waived sovereign immunity and

18  consented to be sued for the tortious acts of its employees and agents acting within the scope of

19  their official duties. Snohomish County, as a "person" subject to suit under 42 U.S.C. § 1983, may

20  be held liable for its policies, customs, practices, and actions that resulted in the deprivation of

21  Plaintiff's constitutional and statutory rights.

22      3.3    Defendant City of Everett: The City of Everett is a municipal corporation and local

23  governmental entity established under the laws of the State of Washington. As such, it oversees

24  and administers various departments, including the Everett Animal Shelter and the Everett Animal

Services Division, which are directly involved in the events giving rise to this litigation. The City of Everett is responsible for the training, supervision, and conduct of its employees, agents, and officers, and may be held liable under 42 U.S.C. § 1983 for the enforcement of unconstitutional policies, customs, and practices. The City is also responsible for ensuring that its agencies, such as Everett Animal Shelter, operate in compliance with both state and federal law. Furthermore, pursuant to RCW 4.96.010, the City of Everett has waived sovereign immunity for the tortious acts of its employees and agents, thereby consenting to be sued in actions for damages arising out of such conduct.

3.4    Defendants John Does 1-50: Plaintiff is currently unaware of the true names and Identities of the individual defendants sued herein as "John Does 1-50." These fictitiously named defendants are, upon information and belief, employees, agents, contractors, or other representatives of Snohomish County and/or the City of Everett who participated in, directed, or otherwise facilitated the unlawful seizure, destruction, and redistribution of Plaintiff's property, or who were involved in the deprivation of Plaintiff's rights, as alleged herein. Plaintiff believes and therefore alleges that each of the Doe Defendants is responsible for the injuries and damages sustained by Plaintiff due to their direct involvement, personal participation, acquiescence, or supervisory indifference to the constitutional violations committed. Plaintiff will seek leave to amend this Complaint to substitute the true names of these defendants as they become known through the course of discovery and investigation. Each of the Doe Defendants, individually and collectively, acted under the color of state law and within the scope of their employment with the named governmental entity defendants, and each is sued in their individual and official capacities.

3.5    Through this comprehensive Complaint, Plaintiff seeks redress for the unlawful and unconstitutional actions of the named Defendants, which have resulted in irreparable harm.

COMPLAINT FOR DAMAGES - 3

financial loss, and emotional distress. Plaintiff alleges that each of the Defendants, individually and collectively, acted under the color of state law in such a manner that deprived Plaintiff of his clearly established rights and caused significant and foreseeable damages, entitling Plaintiff to legal and equitable relief as set forth in the subsequent sections of this Complaint.

## IV.    FIRST CAUSE OF ACTION
### MALICIOUS PROSECUTION

In Washington State, RCW 9.62.010 defines malicious prosecution as causing or attempting to cause someone to be arrested or prosecuted for a crime they are innocent of, doing so maliciously and without probable cause.

RCW 9.62.010 states:

"Doing so maliciously and without probable cause".

1. The criminal case continued by the defendants
2. The Defendants lacked reasonable grounds for probably cause.
3. The Defendants acted with malice.
4. Causing injury to the Plaintiff.

## V.    SECOND CAUSE OF ACTION
### VIOLATION OF THE 1ST AMENDMENT

Under the First Amendment, a citizen has the right [to free expression] [to petition the government] [to access the courts] [*other applicable right*].  To establish the defendant deprived the plaintiff of this First Amendment right, the plaintiff must prove the following additional elements by a preponderance of the evidence:

1.    the plaintiff was engaged in a constitutionally protected activity;

2.    the defendant's actions against the plaintiff would chill a person of ordinary firmness from continuing to engage in the protected activity; and

3.    the plaintiff's protected activity was a substantial or motivating factor in the defendant's conduct.

[I instruct you that the plaintiff's the right the access of the courts and to defend against false claims was protected under the First Amendment and, therefore, the first

COMPLAINT FOR DAMAGES - 4

element requires no proof.]

A substantial or motivating factor is a significant factor, though not necessarily the only factor.

## VI.    THIRD CAUSE OF ACTION

### VIOLATION OF THE 5ᵀᴴ AMENDMENT

Every person who, under color of any statute, ordinance, regulation, custom, or usage, Of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress …

If the rights are protected by federal statute, rather than the federal constitution, the court determines whether the particular federal statutory rights are enforceable under Section 1983. See, e.g., Suter v. Artist M., 503 U.S. 347, 112 S.Ct. 1360, 118 L.Ed.2d 1 (1992); Golden State Transit Corp. v. City of Los Angeles, 493 U.S. 103, 110 S.Ct. 444, 107 L.Ed.2d 420 (1989).

*Wilder* set forth a three-part test for determining whether a federal statute created enforceable rights:

- (1) Was the provision in question intended to benefit the plaintiffs?
- (2) Does the statutory provision in question create binding obligations on the state, rather than merely expressing a congressional preference?
- (3) Is the interest plaintiffs assert specific enough to be enforced judicially, rather than being vague and amorphous?

See Wash. St. Coalition for the Homeless v. DSHS, 133 Wn.2d 894, 928, 949 P.2d 1291 (1997).

## VII.    FOURTH CAUSE OF ACTION

### BRADY VIOLATION

***Brady Violations: Police or Prosecutor Misconduct***

The term "*Brady* claim" comes from a landmark U.S. Supreme Court decision in 1963: *Brady v. Maryland*, 373 U.S. 83. The court held in *Brady* that the prosecution has a constitutional duty to disclose evidence that is exculpatory to a criminal defendant, or which can be used by the defendant for impeachment purposes. The duty to disclose *Brady* material applies even if there is no request by the accused for the prosecution to disclose. If the prosecution fails

COMPLAINT FOR DAMAGES - 5

to disclose evidence that falls under *Brady*, the defendant may have a legitimate *Brady* claim of prosecutorial misconduct that may result in a new trial.

In *Brady,* the U.S. Supreme Court set forth the following three elements for determining a *Brady* violation:

1.  The evidence that the prosecution failed to disclose must be favorable to the accused;

2.  The evidence must have been withheld by the prosecution either willfully or inadvertently; and

3.  The accused must have been prejudiced in his defense by the prosecution's failure to disclose.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court enter judgment in his favor and against Defendants, jointly and severally, and award the following relief:

A. Compensatory Damages: Award Plaintiff compensatory damages for the loss of his animals and the resulting economic and emotional harm, including lost business income, in an amount to be proven at trial.

B. Punitive Damages: Award Plaintiff punitive damages to punish Defendants for their willful, wanton, and reckless conduct.

C. Declaratory Relief: Enter a declaratory judgment that Defendants' actions violated Plaintiff's constitutional rights under the Fourth, Fifth, and Fourteenth Amendments.

D. Injunctive Relief: Issue an order enjoining Defendants from engaging in similar conduct and requiring them to establish policies to prevent such violations in the future.

E. Attorney's Fees and Costs: Award reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988 and any other applicable statutes.

F. Other and Further Relief: Grant such other and further relief as this Court deems just and proper.

COMPLAINT FOR DAMAGES - 6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## VII. JURY DEMAND:

Plaintiff hereby demands a trial by jury on all issues so triable.

Troy Smith
Troy Smith    Troy Smith (T.S)

COMPLAINT FOR DAMAGES - 7

1
2
3

**CERTIFICATE OF MAILING**

4    I HEREBY CERTIFY that on the __11__ day of __april  2025_____, I

5

placed a true and correct copy of the foregoing Complaint for Damages in the United States Mail

6

at, Washington, with first-class postage prepaid, addressed to the following:

7
8
9    _____        _____
10   _____        _____
     _____        _____
11
12
13

14    Respectfully submitted by:

15    _Troy Smith_____

16    Troy Smith            Troy Smith (TS)

17
18
19
20
21
22
23
24
25
26

COMPLAINT FOR DAMAGES - 8

SNOHOMISH COUNTY DISTRICT COURT – CASCADE DIVISION

IN AND FOR THE STATE OF WASHINGTON

THE STATE OF WASHINGTON,

                Plaintiff,

vs.

TROY T SMITH,

                Defendant.

Case No.: 15722A19D

**ORDER DISMISSING PURSUANT TO CrRLJ 8.3**

## FINDINGS OF FACT

1. On October 25, 2019, a search warrant was executed on Mr. Smith's property. As a result of that investigation, 11 animals were seized and taken to the Everett Animal Shelter.

2. On November 1, 2019, Officer Rench completed an intake form for the animals including the language, "DO NOT Release. Criminal Case."

3. On November 5, 2019, Mr. Smith filed a petition for the return of his animals pursuant to RCW 16.52.85(4)(a) in the Evergreen Division under Cause Number C19-1453.

4. On November 13, 2019, the Snohomish County Prosecuting Attorney's Office filed criminal charges under Cause Number 15722A19D in the Evergreen Division.

1.

5. On November 14, 2019, the Snohomish County Prosecuting Attorney's Office filed a response to C19-1453. In their response, they requested the civil and criminal matters be joined pursuant to State law.

6. Mr. Smith appeared for a hearing on the petition on November 19, 2019. The State did not appear. No action was taken on the petition.

7. On November 20, 2019, Judge Clough transferred both matters to the Snohomish County District Court, Cascade Division.

8. On December 16, 2019, Animal 7-aka WYATT, the alleged victim of one of the criminal counts, was released for adoption. The identity and contact information for the adopting family have not been provided to the Defense despite a subpoena duces tecum for that information being served on the Everett Animal Shelter.

9. Mr. Smith was arraigned on the criminal charges in this matter on December 17, 2019.

10. On December 19, 2019, Defense counsel requested, *inter alia*, the "present whereabouts and medical conditions of the confiscated animals."

11. On December 26, 2019, Animal 3, one of the alleged victims in this matter, was released for adoption. The identity and contact information for the adopting family have not been provided to the Defense despite a subpoena duces tecum for that information being served on the Everett Animal Shelter.

12. Despite multiple attempts by the Defense to ascertain the whereabouts of the animals, the State failed to provide that information.

13. The State has also failed to explain why the animals were released for adoption despite the existence of a pending civil petition and criminal charges related to the animals in questions.

## CONCLUSIONS OF LAW

1. Releasing the animals at issue prior to a hearing on Mr. Smith's petition under C19-1453/C19-1453T constituted governmental mismanagement pursuant to CrRLJ 8.3.

2. Failing to provide the defendant an opportunity to inspect the animals constituted governmental mismanagement pursuant to CrRLJ 8.3.

3. The governmental mismanagement in this case materially prejudiced the Defendant's right to a fair trial in that the Defense was deprived of the opportunity to investigate the case, hire their own experts to evaluate the opinion of the State's witnesses, and/or to assess the credibility and veracity of the State's witnesses.

4. The appropriate remedy is dismissal.

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed pursuant to CrRLJ 8.3. The Court does not address the other motions filed by the Defense as this ruling is dispositive.

SIGNED this 6th___ day of March 2023.


Judge Jennifer J. Rancourt

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard Wiersma**                    represented by **Christopher D Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah A Severson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**J Doe 1-50**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2024 | 1 | COMPLAINT against All Defendants with JURY DEMAND (Receipt # AWAWDC-8373602) filed by Troy T Smith. (Attachments: # 1 Civil Cover Sheet, # 2 Summons City of Everett, # 3 Summons Snohomish County)(Sullivan, Brian) (Entered: 03/01/2024) |
| 03/05/2024 |  | Judge Theresa L Fricke added. (MG) (Entered: 03/05/2024) |
| 03/05/2024 | 2 | Summons(es) Electronically Issued as to defendant(s) City of Everett, Snohomish County (Attachments: # 1 Summons)(MG) (Entered: 03/05/2024) |
| 03/06/2024 | 3 | ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT. Joint Status Report due by 6/3/2024, FRCP 26(f) Conference Deadline is 5/20/2024, Initial Disclosure Deadline is 5/28/2024, by Judge Theresa L Fricke. (GMR) (Entered: 03/06/2024) |
| 03/06/2024 | 4 | ORDER REGARDING DISCOVERY AND DEPOSITIONS by Judge Theresa L Fricke. (GMR) (Entered: 03/06/2024) |
| 03/11/2024 | 5 | NOTICE of Appearance by attorney John A Follis on behalf of Defendant City of Everett. (Follis, John) (Entered: 03/11/2024) |
| 03/13/2024 | 6 | CORPORATE DISCLOSURE STATEMENT indicating no Corporate Parents and/or Affiliates. Filed pursuant to Fed.R.Civ.P 7.1(a)(1). Filed by City of Everett. (Follis, John) (Entered: 03/13/2024) |
| 03/14/2024 | 7 | NOTICE of Appearance by attorney Deborah A Severson on behalf of Defendant Snohomish County. (Severson, Deborah) (Entered: 03/14/2024) |
| 03/15/2024 |  | Attorney Christopher D Lee added for Snohomish County; per 7 Notice of Appearance. (MW) (Entered: 03/15/2024) |
| 03/18/2024 | 8 | NOTICE OF ASSIGNMENT TO A US MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM. Each party will be deemed to have knowingly and voluntarily consented to proceed before a Magistrate Judge if this form is not returned by 3/25/2024. **Please Note: Forms must <u>not</u> be electronically filed with the Court.** (GMR) (Entered: 03/18/2024) |
| 03/26/2024 | 9 | ANSWER to 1 Complaint by Snohomish County.(Severson, Deborah) (Entered: 03/26/2024) |

| 03/28/2024 | 10 | ANSWER to 1 Complaint *and Affirmative Defenses* by City of Everett.(Follis, John) (Entered: 03/28/2024) |
|---|---|---|
| 04/08/2024 | 11 | CONSENT by all parties to proceed before a Magistrate Judge. (GMR) (Entered: 04/08/2024) |
| 05/28/2024 | 12 | INITIAL DISCLOSURES Filed by All Plaintiffs.(Sullivan, Brian) (Entered: 05/28/2024) |
| 06/03/2024 | 13 | JOINT STATUS REPORT signed by all parties. Estimated Trial Days: 3-5. (Sullivan, Brian) (Entered: 06/03/2024) |
| 06/11/2024 | 14 | ORDER SETTING PRETRIAL SCHEDULE by Judge Theresa L Fricke. Five day Jury Trial is set for 5/12/2025 at 9:30 AM in F Courtroom before Judge Theresa L Fricke. Joinder of Parties due by 8/2/2024, Amended Pleadings due by 8/2/2024, Disclosure of opening expert witnesses due by 9/20/2024, Disclosure of rebuttal expert witnesses due by 10/4/2024, All motions related to discovery must be noted on the motion calendar no later than 1/17/2025, Discovery completed by 1/24/2025, Dispositive motions due by 2/21/2025, Settlement conference to be held or completed by 3/21/2025, Motions in Limine due by 3/28/2025, Pretrial Order due by 5/2/2025, and Trial briefs/Proposed voir dire/trial exhibits due by 5/9/2025. (GMR) Modified on 9/4/2024 to correct typo only (GMR). (Entered: 06/11/2024) |
| 07/19/2024 | 15 | Stipulated MOTION *RE: WITHDRAWAL & SUBSTITUTION OF COUNSEL FOR DEFENDANT CITY OF EVERETT*, filed by Defendant Snohomish County. Noting Date 7/19/2024, (Lee, Christopher) (Entered: 07/19/2024) |
| 07/26/2024 | 16 | Stipulated MOTION to Withdraw as Attorney *and Substitution of Counsel for City of Everett*, filed by Defendant Snohomish County. Noting Date 7/26/2024, (Lee, Christopher) (Entered: 07/26/2024) |
| 07/26/2024 | 17 | ORDER granting 15 Stipulated MOTION to Withdraw and Substitute Counsel for City of Everett, signed by Judge Theresa L Fricke. Attorneys Deborah A Severson and Christopher D Lee are added for City of Everett; Attorney John A Follis terminated. 16 Stipulated MOTION to Withdraw as Attorney *and Substitution of Counsel for City of Everett* filed by Snohomish County terminated as duplicate. (GMR) (Entered: 07/26/2024) |
| 08/02/2024 | 18 | Agreed MOTION to Amend *Plaintiff's Complaint*, filed by Plaintiff Troy T Smith. (Attachments: # 1 Proposed Order) Noting Date 8/2/2024, (Sullivan, Brian) (Entered: 08/02/2024) |
| 08/02/2024 | 19 | DECLARATION of Brian M. Sullivan filed by Plaintiff Troy T Smith re 18 Agreed MOTION to Amend *Plaintiff's Complaint* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Sullivan, Brian) (Entered: 08/02/2024) |
| 08/08/2024 | 20 | ORDER granting 18 Motion for Leave to Amend, signed by Judge Theresa L Fricke. Counsel is directed to e-file their Amended Complaint. (GMR) (Entered: 08/08/2024) |
| 08/08/2024 | 21 | AMENDED COMPLAINT against All Defendants with JURY DEMAND filed by Troy T Smith.(Sullivan, Brian) (Entered: 08/08/2024) |
| 08/26/2024 | 22 | NOTICE of Appearance by attorney Deborah A Severson on behalf of Defendants Carolyn Weikel, Richard Wiersma, Deborah Zins. (Severson, Deborah) (Entered: 08/26/2024) |
| 08/26/2024 | 23 | ANSWER to 21 Amended Complaint by City of Everett, Snohomish County, Carolyn Weikel, Richard Wiersma, Deborah Zins.(Severson, Deborah) (Entered: 08/26/2024) |
| 08/27/2024 | 24 | NOTICE TO **DEBORAH ZINS, CAROLYN WEIKEL AND RICHARD WIERSMA** OF ASSIGNMENT TO A US MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM. Defendants Deborah Zins, Carolyn Weikel and Richard Wiersma will |

| | | |
|---|---|---|
| | | be deemed to have knowingly and voluntarily consented to proceed before a Magistrate Judge if this form is not returned by 9/3/2024. **Please Note: Forms must not be electronically filed with the Court.** (GMR) (Entered: 08/27/2024) |
| 09/04/2024 | 25 | CONSENT by Deborah Zins, Carolyn Weikel and Richard Wiersma to proceed before a Magistrate Judge. (GMR) (Entered: 09/04/2024) |
| 09/05/2024 | 26 | WAIVER OF SERVICE of Summons upon defendant Richard Wiersma mailed on 9/5/2024 (Severson, Deborah) (Entered: 09/05/2024) |
| 09/05/2024 | 27 | WAIVER OF SERVICE of Summons upon defendant Deborah Zins mailed on 9/5/2024 (Severson, Deborah) (Entered: 09/05/2024) |
| 09/05/2024 | 28 | WAIVER OF SERVICE of Summons upon defendant Carolyn Weikel mailed on 9/5/2024 (Severson, Deborah) (Entered: 09/05/2024) |
| 09/30/2024 | 29 | DISCLOSURE OF EXPERT WITNESSES Filed by Plaintiff Troy T Smith.(Sullivan, Brian) (Entered: 09/30/2024) |
| 10/04/2024 | 30 | ANSWER to 21 Amended Complaint by Carolyn Weikel, Richard Wiersma, Deborah Zins. (Severson, Deborah) (Entered: 10/04/2024) |
| 10/10/2024 | 31 | Joint Stipulated MOTION *to Withdraw as Attorney for Plaintiff*, filed by Plaintiff Troy T Smith. Noting Date 10/10/2024, (Sullivan, Brian) (Entered: 10/10/2024) |
| 10/15/2024 | 32 | ORDER granting 31 Agreed MOTION to Withdraw as Counsel for Plaintiff Smith; Attorneys Allen Louis Schwenker and Brian M Sullivan are terminated; signed by Judge Theresa L Fricke. (GMR- cc: pltf via USPS) (Entered: 10/15/2024) |
| 10/22/2024 | 33 | MOTION for Leave to File Second Amended Complaint re 21 Amended Complaint, filed by Plaintiff Troy T Smith. (Attachments: # 1 Exhibit, # 2 Proposed Amended Complaint, # 3 Proposed Order) Noting Date 11/12/2024, (CJS) (Entered: 10/22/2024) |
| 10/28/2024 | | NOTICE TO FILER: Your documents, Plaintiff's Responses to Defendant Snohomish County's First Interrogatories and Second Requests for Production Propounded to Plaintiff and Plaintiff's Responses to Defendant Snohomish County's Requests for Production of Documents will not be filed in this case.<br>Per **LCR 5 (d)**, discovery documents are not to be filed in your court case. (CJS)(cc: Plaintiff via USPS) (Entered: 10/28/2024) |
| 11/06/2024 | 34 | NOTICE: Plaintiff Troy T Smith has registered to electronically file and receive electronic service in this case. (KB) (Entered: 11/06/2024) |
| 11/12/2024 | 35 | Mail addressed to Troy T Smith returned as Undeliverable re Notice to Filer. (CJS) (Entered: 11/13/2024) |
| 11/22/2024 | 36 | ORDER denying 33 Motion for Leave to File a Second Amended Complaint signed by Judge Theresa L Fricke. (GMR) (Entered: 11/22/2024) |
| 12/16/2024 | 37 | MOTION for Summary Judgment , filed by Defendants Snohomish County, City of Everett, Deborah Zins, Carolyn Weikel, Richard Wiersma. (Attachments: # 1 Proposed Order) Noting Date 1/17/2025, (Severson, Deborah) (Entered: 12/16/2024) |
| 12/16/2024 | 38 | DECLARATION of Meredith Beresford filed by Defendants Snohomish County, City of Everett, Deborah Zins, Carolyn Weikel, Richard Wiersma re 37 MOTION for Summary Judgment (Severson, Deborah) (Entered: 12/16/2024) |
| 12/16/2024 | 39 | DECLARATION of Marista Jorve in Support of Defendants' Motion for Summary Judgment filed by Defendants Snohomish County, City of Everett, Deborah Zins, Carolyn |

| | | |
|---|---|---|
| | | Weikel, Richard Wiersma re 37 MOTION for Summary Judgment (Severson, Deborah) (Entered: 12/16/2024) |
| 12/16/2024 | 40 | DECLARATION of Deborah A. Severson in Support of Defendants' Motion for Summary Judgment filed by Defendants Snohomish County, City of Everett, Deborah Zins, Carolyn Weikel, Richard Wiersma re 37 MOTION for Summary Judgment (Severson, Deborah) (Entered: 12/16/2024) |
| 12/16/2024 | 41 | REQUEST *for Judicial Notice* by Defendants Snohomish County, City of Everett, Deborah Zins, Carolyn Weikel, Richard Wiersma for Judicial Notice by Defendants' Snohomish County, City of Everett, Deborah Zins, Carolyn Weikel, and Richard Wiersma re 40 Declaration, (Severson, Deborah) Modified to add request text and NEF regenerated on 12/17/2024 (CJS). (Entered: 12/16/2024) |
| 12/23/2024 | 42 | MOTION to Supplement the Record, filed by Plaintiff Troy T Smith. Noting Date 1/13/2025. (Attachments: # 1 Exhibits A-V)(GMR) (Entered: 12/27/2024) |
| 12/23/2024 | 43 | MOTION for Summary Judgment and Brief in Support of Plaintiff's 21 Complaint and 42 Motion to Supplement the Record, filed by Plaintiff Troy T Smith. Noting Date 1/20/2025. (Attachments: # 1 Exhibits) (GMR) (Additional attachment(s) added on 1/24/2025: # 2 Exhibits A-Q) (MW). (exhibits A-Q were included with the motion, but inadvertently not scanned) (Entered: 12/27/2024) |
| 12/27/2024 | 44 | NOTICE of Filing Flash Drive of 7 Audio Recording in Physical Form with the Clerk's Office by Plaintiff Troy T Smith in re 43 Motion for Summary Judgment, 42 Motion to Supplement the Record. (GMR) (Entered: 12/27/2024) |
| 12/27/2024 | | NOTICE OF MOTIONS RENOTED per Chambers for consideration with 43 Motion: 37 MOTION for Summary Judgment, 42 MOTION to Supplement the Record are re-noted to 1/20/2025. (GMR) (Entered: 12/27/2024) |
| 12/31/2024 | 45 | RECEIPT of Flash Drive 7 Audio Recordings re 44 Notice of Filing Paper or Physical Materials. Placed in Clerk's office file. (ZMG) (Entered: 01/06/2025) |
| 01/08/2025 | 52 | RESPONSE, by Plaintiff Troy T Smith, to 37 MOTION for Summary Judgment . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibits 3-5, # 4 Copy of Motion)(MW) (Entered: 01/10/2025) |
| 01/09/2025 | 46 | RESPONSE, by Defendants Snohomish County, City of Everett, Deborah Zins, Carolyn Weikel, Richard Wiersma, to 42 MOTION to Supplement the Record. (Severson, Deborah) (Entered: 01/09/2025) |
| 01/09/2025 | 47 | RESPONSE, by Defendants Snohomish County, City of Everett, Deborah Zins, Carolyn Weikel, Richard Wiersma, to 43 MOTION for Summary Judgment. (Attachments: # 1 Proposed Order)(Severson, Deborah) (Entered: 01/09/2025) |
| 01/09/2025 | 48 | DECLARATION of Deborah A. Severson in Support of Defendants' Response and Objections to Plaintiff's Motion for Summary Judgment filed by Defendants Snohomish County, City of Everett, Deborah Zins, Carolyn Weikel, Richard Wiersma re 43 MOTION for Summary Judgment (Severson, Deborah) (Entered: 01/09/2025) |
| 01/09/2025 | 49 | DECLARATION of Richard Wiersma filed by Defendants Snohomish County, City of Everett, Deborah Zins, Carolyn Weikel, Richard Wiersma re 43 MOTION for Summary Judgment (Severson, Deborah) (Entered: 01/09/2025) |
| 01/09/2025 | 50 | DECLARATION of Dr. Bethany Zolikoff, DVM filed by Defendants Snohomish County, City of Everett, Deborah Zins, Carolyn Weikel, Richard Wiersma re 43 MOTION for Summary Judgment (Severson, Deborah) (Entered: 01/09/2025) |

| 01/09/2025 | 51 | NOTICE of Filing Thumb Drive in Paper or Physical Form with the Clerk's Office by Defendants Snohomish County, City of Everett, Deborah Zins, Carolyn Weikel, Richard Wiersma in re 49 Declaration re 43 MOTION for Summary Judgment. (Severson, Deborah) Modified to add link to underlying motion on 1/14/2025 (CJS). (Entered: 01/09/2025) |
|---|---|---|
| 01/10/2025 | 53 | REPLY, filed by Defendants Snohomish County, City of Everett, Deborah Zins, Carolyn Weikel, Richard Wiersma, TO RESPONSE to 37 MOTION for Summary Judgment (Severson, Deborah) (Entered: 01/10/2025) |
| 01/13/2025 | 54 | AMENDED REPLY re 53 Reply, filed by Defendants Snohomish County, City of Everett, Deborah Zins, Carolyn Weikel, Richard Wiersma, TO RESPONSE to 37 MOTION for Summary Judgment (Attachments: # 1 Proposed Order Amended)(Severson, Deborah) Modified to reflect amended, add link to initial reply, and NEF regenerated on 1/13/2025 (CJS). (Entered: 01/13/2025) |
| 01/13/2025 | | RECEIPT of Exhibit 1 thumb drive recording re 51 Notice of Filing Paper or Physical Materials re 49 Declaration re 43 MOTION for Summary Judgment. Received in Seattle. En route to Tacoma to be placed on shelf in Clerk's Office. (CJS) Modified to indicate received in Tacoma 1/16/2025 on 1/17/2025 (CJS). (Entered: 01/14/2025) |
| 01/15/2025 | 55 | DECLARATION of Service re. Notice of Filing Paper & Physical Materials with the Clerk's Office (with thumb drive) re 51 Notice of Filing Paper or Physical Materials, Receipt by Defendants Snohomish County, City of Everett, Deborah Zins, Carolyn Weikel, Richard Wiersma (Severson, Deborah) (Entered: 01/15/2025) |
| 02/27/2025 | 56 | ORDER granting Defendants' 37 Motion for Summary Judgment; denying as moot Plaintiff's 42 Motion to Supplement the Record; and denying Plaintiff's 43 Motion for Summary Judgment signed by Judge Theresa L Fricke. This case is dismissed with prejudice. (GMR) (Entered: 02/27/2025) |
| 02/27/2025 | 57 | JUDGMENT BY COURT in favor of City of Everett, J Doe 1-50, Snohomish County, Carolyn Weikel, Deborah Zins, Richard Wiersma against Troy T Smith (GMR) (Entered: 02/27/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/05/2025 14:31:11 | | |
| PACER Login: | TroySmithriley | Client Code: | 8166625 |
| Description: | Docket Report | Search Criteria: | 2:24-cv-00288-TLF |
| Billable Pages: | 6 | Cost: | 0.60 |

```
DD7020SX MXS              SNO CO DIST CT CASCADE DIV              PAGE:      1
12/04/2024  9:16 AM                 D O C K E T
                                                        CASE: 15722A19D SNO
DEFENDANT                                               Criminal Non-Traffic
  SMITH, TROY THOMAS                                    Agency No.
  5603 E LAKE BOSWORTH DR
  SNOHOMISH WA 98290-7741                    Home Phone: 4253994609
                                             Work Phone: 3606912770

AKA SMITH, TROY T            CERTIFIED
AKA SMITH, TROY THOMAS         COPY


CHARGES
  Violation Date: 10/25/2019          DV Plea        Finding
   1 16.52.207.1   ANIMAL CRUELTY 2ND DEGREE N Not Guilty   Dismissed W/Preju
   2 16.52.207.1   ANIMAL CRUELTY 2ND DEGREE N Not Guilty   Dismissed W/Preju

TEXT
   U 11/20/2019 CASE ORIGINALLY FILED AT EVERGREEN DIVISION 11/13/19.      JLJ
               JUDGE CLOUGH FINDS CASCADE TO BE THE PROPER JURISDICTION
               AND ORDERS CASE TRANSFERRED FROM EVERGREEN.
               *SEE DOCKET IN FILE FOR PREVIOUS ACTIONS*
   S 11/21/2019 Case Filed on 11/21/2019
     11/25/2019 DEF 1 SMITH, TROY THOMAS Added as Participant
               Case Filing Date Changed from  11/21/2019
                                        to 11/13/2019
               ARR Set For 12/17/2019 01:15 PM In Room D
   U           SUMMONS FOR DEFENDANT TO APPEAR 12/17/19 FILED BY PROSECUTOR  VDP
               CRIMINAL COMPLAINT FILED                                      CSC
               PC AFFIDAVIT FILED
               CLERK ATTEMPTED TO CALL DEFENDANT TO ADVISE OF VENUE CHANGE.
               DEFENDANTS PHONE ARE NOT IN SERVICE.
     11/27/2019 AMENDED CRIMINAL COMPLAINT (AS TO DIVISON ONLY) AND AFFIDAVIT VDP
               OF PROBABLE CAUSE FILED
               SUMMONS FOR ARRAIGNMENT 12/17/19 FILED BY PROSECUTOR
     12/17/2019 CAS1/234            BEFORE JUDGE JENNIFER RANCOURT            TMA
               ARRAIGNMENT; DEFENDANT PRESENT
               STATE REPRESENTED BY PROSECUTOR A OBORN
               COUNSEL BLACKBURN PRESENT ON BEHALF OF THE PD'S OFFICE
               ADVICE OF RIGHTS HANDED FORWARD
   S           Defendant Arraigned on Charge 1
               Plea/Response of Not Guilty Entered on Charge 1
               Defendant Arraigned on Charge 2
               Plea/Response of Not Guilty Entered on Charge 2
   U           **PC FOUND**
               STATE REQUESTS DEFENDANT DOES NOT POSSESS ANY ANIMALS
   S           NCR : No Criminal Violations
   U           **NO POSSESSION OF ANY ANIMALS**
   S           PTR Set for 02/12/2020 09:15 AM
               in Room 1 with Judge JJR
   U           **JURY TRIAL SET FOR 02/19/2020 @ 8:30 AM**
   S           PTR Rescheduled to 01/29/2020 01:15 PM
               in Room 2 with Judge ESL
   U           **JURY TRIAL SCHEDULED FOR 02/05/20 AT 8:30 AM**
   S           ARR: Held


Docket continued on next page
```

```
DD7020SX MXS              SNO CO DIST CT CASCADE DIV          PAGE:     2
12/04/2024  9:16 AM              D O C K E T
                                              CASE: 15722A19D SNO
DEFENDANT                                     Criminal Non-Traffic
 SMITH, TROY THOMAS                           Agency No.

TEXT - Continued
 U 12/18/2019 NOTICE OF APPEARANCE, REQUEST FOR DISCOVERY, DEMAND FOR     VDP
              PRODUCTION OF EXPERT WITNESSES, AND DEMAND FOR PROOF OF PRIOR
              CONVICTIONS FILED BY ATTY ISAACSON
 S            ATY 1 ISAACSON, JARED RODGER Added as Participant
              on 12/18/2019
   12/19/2019 ARR on 12/17/2019 01:15 PM                                  TMA
              Changed to Room 1 with Judge JJR
 U 01/29/2020 CAS2 323-      BEFORE COMMISSIONER RICK LEO                  SEK
              READINESS; STATE REPRESENTED BY DPA BERESFORD
              DEF FAILED TO APPEAR
              WARRANT ISSUED IN THE AMOUNT OF $2,500
              JAIL REGISTRY REVIEWED; DEF NOT INCUSTODY SNO COUNTY JAIL
 S            BENCH Warrant Ordered
              Print on or after 01/29/2020
              Warrant expires on 01/29/2023
              PTR: Not Held, Wt/FTA Ordered
   01/31/2020 BENCH Warrant Issued for                                    SYS
              Fail To Appear For Hearing
              Cash or Bond
              Bail:    2,500.00 +   0.00 Warrant Fee;
              Total Bail      2,500.00
   02/05/2020 20037100034 Miscellaneous Payment Received       50.00 CSC
              for CRT COST RECOUP
 U            DEFENDANT AT COUNTER FOR COURT. DEFENDANT NOTIFIED OF WARRANT
              DEFENDANT PAYS $50 TO QUASH WARRANT. NEW COURT DATE SIGNED
              FOR BY DEFENDANT AND GIVEN A COPY.
 S            Warrant Recalled
   02/14/2020 PTR Set for 02/25/2020 01:15 PM                             JLJ
              in Room 2 with Judge ESL
 U            *JURY TRIAL SET FOR 3/4/2020 AT 8:45 AM*
 S            Warrant Returned
 U 02/25/2020 CAS2 200-      BEFORE COMMISSIONER RICK LEO                  SEK
              READINESS; STATE REPRESENTED BY DPA MACKENZIE
              DEF APPEARED WITH ATY ISAACSON
              DEF MOTION TO CONTINUE, STATE NO OBJECT, GRANTED
              EXCLUDED PERIOD, CONDITIONS OF RELEASE REMAIN
 S            PTR Set for 04/07/2020 01:15 PM
              in Room 2 with Judge ESL
 U            JURY TRIAL 04/15/2020 AT 845AM
 S            PTR: Not Held, Defendant Contd
 U 03/19/2020 PER ADMINISTRATIVE ORDER 20-04: HEARING CANCELED, DEFENDANT
              TO BE RESUMMONSED, DEF ATY NOTIFIED VIA EMAIL
              TIME FOR TRIAL RULES ARE SUSPENDED UNDER THE EMERGENCY ORDER
 S            PTR Rescheduled to 06/02/2020 01:15 PM
              in Room 2 with Judge ESL
 U            JURY TRIAL 6/10/2020 AT 845AM
   04/01/2020 SUPPLEMENTAL DISCOVERY REQUEST FILED BY DEF ATY ISAACSON
   05/06/2020 PER SNOHOMISH COUNTY COURT ADMINISTRATIVE ORDER 20-09,
              HEARING TO BE RESCHEDULED & NOTICE MAILED TO ALL PARTIES


Docket continued on next page
```

```
DD7020SX MXS              SNO CO DIST CT CASCADE DIV              PAGE:    3
12/04/2024  9:16 AM               D O C K E T

                                              CASE: 15722A19D SNO
DEFENDANT                                     Criminal Non-Traffic
  SMITH, TROY THOMAS                          Agency No.


TEXT - Continued
     U 05/06/2020 TIME FOR TRIAL RULES ARE SUSPENDED UNDER THE EMERGENCY ORDER  SEK
     S            PTR on 06/02/2020 01:15 PM
                  in Room 2 with Judge ESL Canceled
                  PTR Set for 07/14/2020 03:15 PM
                  in Room 2 with Judge ESL
     U            JURY TRIAL 7/22/2020 AT 845AM
       07/14/2020 CAS2 320-  BEFORE PRO TEM JUDGE STEVE THOMAS - ZOOM HEARING
                  PRETRIAL; STATE REPRESENTED BY DPA PATTERSON
                  DEFENDANT APPEARED WITH DEF ATY BLACKBURN
                  DEFENSE MOTION TO CONTINUE, STATE NO OBJ, GRANTED
                  EXCLUDED PERIOD; CONDITIONS OF RELEASE REMAIN
                  DEFENDANTS SIGNATURE IS WAIVED
                  DEF ADDRESS UPDATED/VERIFIED
     S            PTR Set for 08/25/2020 02:15 PM
                  in Room 2 with Judge ESL
     U            JURY TRIAL 09/02/2020 AT 845AM
                  NOTICE PROVIDED TO ALL PARTIES IN COURT W/ ZOOM INFO
                  NOTICE PROVIDED TO STATE IN COURT
     S            PTR: Not Held, Defendant Contd
       07/16/2020 PTR on 07/14/2020 03:15 PM
                  Changed to Room 2 with Judge JST
                  PTR Rescheduled to 08/25/2020 03:15 PM
                  in Room 2 with Judge ESL
     U 08/25/2020 CAS2 323- BEFORE COMMISSIONER RICK LEO - ZOOM HEARING
                  READINESS; STATE REPRESENTED BY DPA BIGONI VIA ZOOM
                  DEF FAILED TO APPEAR; DEF ATY BLACKBURN PRESENT VIA ZOOM
                  COURT NOTES FTA & RESET TO MONDAY FOR APPEARANCE ONLY
                  NO NOTICE WILL BE SENT
     S            PTR Set for 08/31/2020 01:15 PM
                  in Room 2 with Judge ESL
                  PTR: Not Held, Wt/FTA Ordered
     U 08/31/2020 CAS2 144-   BEFORE COMMISSIONER RICK LEO
                  PRETRIAL; STATE REPRESENTED BY DPA OBORN
                  DEFENDANT PRESENT W/ DEF ATY BLACKBURN
                  ALL PARTIES PRESENT IN THE COURTROOM
                  NEW DATES GIVEN
     S            PTR Set for 10/07/2020 01:15 PM
                  in Room 2 with Judge ESL
     U            JURY TRIAL 10/14/2020 AT 845AM
     S            PTR: Not Held, Court Continued
     U 10/07/2020 CAS2/142                                                    NXB
                  REMOTE READINESS; COMMISSIONER RICK LEO; PROS SMITH
                  DEFENDANT PRESENT IN THE COURTROOM WITH COUNSEL BLACKBURN
                  DEFENSE MOTION TO CONTINUE - NO OBJECTION - GRANTED
                  **EXCLUDED PERIOD FOR SPEEDY TRIAL**
                  ALL PREVIOUSLY IMPOSED CONDITIONS REMAIN IN EFFECT
     S            PTR Set for 11/04/2020 01:15 PM
                  in Room 2 with Judge ESL
     U            ***JURY TRIAL SET FOR 11/18/20 @ 8:45AM***
```

Docket continued on next page

```
DD7020SX MXS              SNO CO DIST CT CASCADE DIV              PAGE:    4
12/04/2024 9:16 AM              D O C K E T
                                             CASE: 15722A19D SNO
DEFENDANT                                    Criminal Non-Traffic
  SMITH, TROY THOMAS                         Agency No.


TEXT - Continued
  S 10/07/2020 PTR: Not Held, Defendant Contd                          NXB
  U 11/04/2020 CAS2 128-   BEFORE COMMISSIONER RICK LEO - ZOOM HEARING SEK
                PRETRIAL; STATE REPRESENTED BY DPA SMITH PRESENT
                DEFENDANT APPEARED WITH DEF ATY BLACKBURN
                ALL PARTIES PRESENT IN PERSON
                DEFENSE MOTION TO CONTINUE, STATE NO OBJ, GRANTED
                EXCLUDED PERIOD; CONDITIONS OF RELEASE REMAIN
                DEFENDANT ADDRESSES THE COURT
                DEFENDANTS SIGNATURE IS WAIVED
                COPY OF NOTICE PROVIDED TO DEF IN COURT W/ ZOOM INFO - DEF
                ATY AND STATE RECEIVED COPIES VIA ZOOM
  S             PTR Set for 11/25/2020 01:15 PM
                in Room 2 with Judge ESL
  U             JURY TRIAL 12/2/2020 AT 845AM
  S             20310100118 Miscellaneous Payment Received       20.00 AMF
                     for COPY/TAPE FEES
  U             REQUEST FOR CD AND DOCKET FILED. DEFENDANT PROVIDED DOCKET
                AT COUNTER
  S             PTR: Not Held, Defendant Contd                         SEK
  U 11/25/2020 CAS2 139-   BEFORE COMMISSIONER RICK LEO - ZOOM HEARING
                PRETRIAL; STATE REPRESENTED BY DPA SMITH PRESENT VIA ZOOM
                DEFENDANT APPEARED WITH DEF ATY BLACKBURN IN PERSON
                DEFENSE MOTION TO CONTINUE, STATE NO OBJ, GRANTED
                EXCLUDED PERIOD; CONDITIONS OF RELEASE REMAIN
                DEFENDANTS SIGNATURE IS WAIVED
                COPY OF NOTICE PROVIDED TO DEF IN COURT W/ ZOOM INFO - DEF
                ATY AND STATE RECEIVED COPIES VIA ZOOM
  S             PTR Set for 02/09/2021 01:15 PM
                in Room 2 with Judge ESL
  U             JURY TRIAL 02/17/2021 AT 845AM
  S             PTR: Not Held, Defendant Contd
  U 02/09/2021 WAIVER OF ATTENDANCE OF REPRESENTED DEFENDANT AT TRIAL   NXB
                CONFIRMATION HEARING FOR CONTINUANCE OF TRIAL DATE - FILED
                CAS2/255
                TRIAL CONFIRMATION; COMMISSIONER LEO; PROS I. HOPKINS
                DEFENDANT FAILS TO APPEAR
                COURT REVIEWS WAIVER OF ATTENDANCE
                DEFENSE MOTION TO CONTINUE - NO OBJECTION - GRANTED
                **EXCLUDED PERIOD FOR SPEEDY TRIAL**
                ALL PREVIOUSLY IMPOSED CONDITIONS REMAIN IN EFFECT
  S             CTS Set for 04/06/2021 01:15 PM
                in Room 2 with Judge ESL
  U             ***JURY TRIAL SET FOR 04/14/21 @ 8:45AM***
                COURT FINDS GOOD CAUSE UNDER 3.4 FOR DEFENDANT TO BE PRESENT
                AT NEXT TRIAL CONFIRMATION HEARING
  S             PTR: Not Held, Defendant Contd
  U             CORRECTION: HEARING START TIME WAS 3:00PM                JLJ
    04/06/2021 CAS2 221-   BEFORE COMMISSIONER RICK LEO - ZOOM HEARING  SEK
                TRIAL CONF; STATE REPRESENTED BY DPA HOPKINS


Docket continued on next page
```

```
DD7020SX MXS              SNO CO DIST CT CASCADE DIV              PAGE:    5
12/04/2024  9:16 AM           D O C K E T
                                                     CASE: 15722A19D SNO
DEFENDANT                                            Criminal Non-Traffic
  SMITH, TROY THOMAS                                 Agency No.

TEXT - Continued
  U 04/06/2021 DEFENDANT NOT PRESENT; DEF ATY BLACKBURN PRESENT            SEK
               WAIVER OF ATTENDANCE FILED
               DEFENSE MOTION TO CONTINUE, STATE NO OBJ, GRANTED
               EXCLUDED PERIOD; CONDITIONS OF RELEASE REMAIN
               COURT IS MAKING A FINDING THAT THERE IS GOOD CAUSE UNDER
               CRRLJ 3.4; THEREFORE DEFENDANT'S APPEARANCE IS NECESSARY
  S            CTS Set for 05/19/2021 01:15 PM
               in Room 2 with Judge ESL
  U            JURY TRIAL 05/26/2021 AT 845AM
  S            CTS: Not Held, Defendant Contd
  U 05/11/2021 DEFENSE'S WITNESS LIST FILED                                AMF
    05/19/2021 CAS2/240                                                    NXB
               TRIAL CONFIRMATION; PRO TEM V. BOUFFIOU; PROS I. HOPKINS
               DEFENDANT PRESENT IN THE COURTROOM WITH COUNSEL BLACKBURN
               DEFENSE INDICATES DEFENDANT IS REQUESTING ANOTHER ATTORNEY
               TO REPRESENT HIM FOR THIS MATTER
               COURT REVIEWS FILE FROM RELATED CASE C19-1453T
               DEFENSE MOTIONS TO CONTINUE; NO OBJECTION: GRANTED
               COURT FINDS THIS TO BE AN EXCLUDED PERIOD
               ALL CONDITIONS PREVIOUSLY IMPOSED REMAIN IN EFFECT
               *** COURT DATES PROVIDED ON THE RECORD ***
  S            CTS Set for 07/27/2021 01:15 PM
               in Room 2 with Judge ESL
  U            **JURY TRIAL SET FOR 8/04/21 @ 845AM
               COURT IS MAKING AN INDIVIDUAL FINDING THAT THERE IS GOOD
               CAUSE UNDER RULE 3.4 REQUIRING DEFENDANT TO BE PRESENT AT
               NEXT TRIAL CONFIRMATION HEARING
  S            21140100459 Miscellaneous Payment Received         30.00 MRM
                   for CERTIFY DOC
  U            DEFENSE AMENDED WITNESS LIST FILED BY DEFENSE ATY           SEK
  S            CTS: Not Held, Defendant Contd                             NXB
  U 05/21/2021 PHONE CALL TO OPD REGARDING COURT APPROVAL FOR CONFLICT
               COUNSEL; PER SUPERVISOR SHE WILL HAVE MATTER REASSIGNED TO
               CONFLICT COUNSEL
               PER EMAIL RECEIVED FROM THE OFFICE OF OPD COUNSEL S LAWRENCE
               HAS BEEN APPOINTED AS CONFLICT COUNSEL IN THIS MATTER
               NOTICE OF APPEARANCE AND DEMAND FOR DISCOVERY FILED BY DEF  SEK
               ATY LAWRENCE
  S 05/24/2021 ATY 2 LAWRENCE, SCOTT WEYMOUTH Added as Participant
               on 05/21/2021
  U 05/26/2021 NOTICE OF WITHDRAWAL FILED BY DEF ATY ISAACSON
  S            ATY 1 ISAACSON, JARED RODGER       Removed
               on 05/26/2021
  U 07/26/2021 WAIVER OF ATTENDANCE OF REPRESENTED DEFENDANT AT TRIAL      AMF
               CONFIRMATION HEARING FOR CONTINUANCE OF TRIAL DATE FILED
               WAIVER OF ATTENDANCE OF REPRESENTED DEFENDANT AT TRIAL      MRM
               CONFIRMATION HEARING FOR CONTINUANCE OF TRIAL DATE FILED
    07/27/2021 CAS2/20                                                     NXB
               TRIAL CONFIRMATION; COMMISSIONER LEO; PROS H BIGONI
```

Docket continued on next page

```
DD7020SX MXS              SNO CO DIST CT CASCADE DIV              PAGE:      6
12/04/2024  9:16 AM              D O C K E T
                                                    CASE: 15722A19D SNO
                                                    Criminal Non-Traffic
DEFENDANT                                           Agency No.
 SMITH, TROY THOMAS


TEXT - Continued
     U 07/27/2021 DEFENDANT NOT PRESSENT; COUNSEL PRESENT                    NXB
                  WAIVER OF ATTENDANCE OF REPRESENTED DEFENDANT AT TRIAL
                  CONFIRMATION HEARING FOR CONTINUANCE OF TRIAL DATE - FILED
                  AND REVIEWED
                  DEFENSE MOTIONS TO CONTINUE; NO OBJECTION: GRANTED
                  COURT FINDS THIS TO BE AN EXCLUDED PERIOD
                  ALL CONDITIONS PREVIOUSLY IMPOSED REMAIN IN EFFECT
                  *** COURT DATES PROVIDED ON THE RECORD ***
                  WITHOUT GOOD CAUSE COURT UNLIKELY TO GRANT FUTURE REQUESTS
                  FOR CONTINUANCE
     S            CTS Set for 10/19/2021 01:15 PM
                  in Room 2 with Judge ESL
     U            **JURY TRIAL SET FOR 10/27/21 @ 845AM
                  COURT IS MAKING AN INDIVIDUAL FINDING THAT THERE IS GOOD
                  CAUSE UNDER RULE 3.4 REQUIRING DEFENDANT TO BE PRESENT AT
                  NEXT TRIAL CONFIRMATION HEARING
                  CASE SETTING NOTICE AND 2021 ZOOM INFO SENT TO COUNSEL
     S            CTS: Not Held, Defendant Contd
     U            CORRECTION: HEARING START TIME 2:03PM                      JLJ
       10/19/2021 CAS2: 232- COMMISSIONER R LEO  - JURY CONFIRM CALENDAR     AMF
                  DPA LEWIS SILVER PRESENT FOR STATE IN COURT
                  DEFENDANT NOT PRESENT, COUNSEL C BLACKBURN IN COURT
                  DEFENSE MOTION TO SET TO TRIAL CALL FOR APPEARANCE ONLY,
                  GRANTED
     S            CTS: Not Held, Defendant Contd
       10/20/2021 JTR Set for 10/27/2021 08:45 AM
                  in Room 1 with Judge JJR
     U 10/27/2021 CAS1/938    BEFORE JUDGE J RANCOURT; DPA A KUBESKA         MRM
                  TRIAL CALL; DEFENDANT PRESENT IN THE COURTROOM
                  ATTY S LAWRENCE   AS DEFENSE COUNSEL PRESENT VIA ZOOM
                  DEFENSE MOTION SET NEW DATES
                  ALL CONDITIONS PREVIOUSLY IMPOSED REMAIN IN EFFECT
                  TODAY IS A NEW COMMMENCEMENT DATE
     S            CTS Set for 12/08/2021 01:15 PM
                  in Room 2 with Judge ESL
     U            **JURY TRIAL SET FOR 12/15/2021 @ 8:45 AM**
     S            JTR: Not Held, Defendant Contd
       10/29/2021 CTS Rescheduled to 12/07/2021 09:15 AM
                  in Room 1 with Judge JJR
                  CTS Rescheduled to 12/08/2021 01:15 PM
                  in Room 2 with Judge ESL
     U 12/02/2021 WAIVER OF ATTENDANCE OF REPRESENTED DEFENDANT AT TRIAL     SEK
                  CONFIRMATION HEARING FOR CONTINUANCE OF TRIAL DATE FILED BY
                  DEF ATY LAWRENCE
       12/08/2021 CAS2: 158- COMMISSIONER R LEO  - JURY CONFIRM CALENDAR     AMF
                  DPA LEWIS SILVER PRESENT FOR STATE IN COURT
                  DEFENDANT NOT PRESENT, COUNSEL S LAWRENCE VIA ZOOM
                  DEFENSE MOVES FOR CONTINUANCE: GRANTED
                  - TIME FOUND EXCLUDED


Docket continued on next page
```

```
DD7020SX MXS              SNO CO DIST CT CASCADE DIV            PAGE:      7
12/04/2024  9:16 AM           D O C K E T
                                                     CASE: 15722A19D SNO
DEFENDANT                                            Criminal Non-Traffic
  SMITH, TROY THOMAS                                 Agency No.


TEXT - Continued
   U 12/08/2021 COURT IS MAKING A FINDING THAT THERE IS GOOD CAUSE UNDER      AMF
               CRRLJ 3.4; THEREFORE DEFENDANT'S APPEARANCE IS NECESSARY
   S           CTS Set for 01/26/2022 01:15 PM
               in Room 2 with Judge ESL
   U           JURY TRIAL IS FEB 2, 2022 AT 845 AM
               DEFENSE COUNSEL WILL PROVIDE COURT DATE/TIME TO DEFENDANT
   S           CTS: Not Held, Defendant Contd
   U 01/04/2022 DEF CALLED FOR UP COMING COURT DATE/TIME, PROVIDED            SEK
     01/25/2022 WAIVER OF ATTENDANCE OF REPRESENTED DEF AT TRIAL              RCF
               CONFIRMATION HEARING FOR CONTINUANCE OF TRIAL DATE FILED
     01/26/2022 CAS2:155- COMMISSIONER R LEO  - JURY CONFIRM CALENDAR         AMF
               DPA L SILVER PRESENT FOR STATE IN COURT
               DEFENDANT NOT PRESENT,COUNSEL S LAWRENCE VIA ZOOM
               DEFENSE MOVES FOR CONTINUANCE: GRANTED
               - TIME FOUND EXCLUDED
               COURT IS MAKING A FINDING THAT THERE IS GOOD CAUSE UNDER
               CRRLJ 3.4; THEREFORE DEFENDANT'S APPEARANCE IS NECESSARY
   S           CTS Set for 03/22/2022 01:15 PM
               in Room 2 with Judge ESL
   U           JURY TRIAL IS MARCH 30, 2022 AT 845 AM
   S           CTS: Not Held, Defendant Contd
   U 01/28/2022 DEFENDANT CALLED RE; NEXT HEARING DATE AND TIME, GIVEN        MRM
     03/08/2022 DEFENDANT CALLED TO CONFIRM NEXT HEARING DATE AND TIME        AMF
     03/14/2022 WAIVER OF ATTENDANCE OF REPRESENTED DEFENDANT AT TRIAL
               CONFIRMATION HEARING FOR CONTINUANCE OF TRIAL DATE FILED
     03/22/2022 CAS2 156-    BEFORE COMMISSIONER LEO - ZOOM HEARING           SEK
               TRIAL CONF; STATE REPRESENTED BY DPA SILVER IN PERSON
               DEFENDANT NOT PRESENT; DEF ATY LAWSON PRESENT VIA ZOOM
               DEFENSE MOTION TO CONTINUE, STATE NO OBJ, GRANTED
               EXCLUDED PERIOD; CONDITIONS OF RELEASE REMAIN
               COURT IS MAKING A FINDING THAT THERE IS GOOD CAUSE UNDER
               CRRLJ 3.4; THEREFORE DEFENDANT'S APPEARANCE IS NECESSARY
   S           CTS Set for 04/20/2022 01:15 PM
               in Room 2 with Judge ESL
   U           JURY TRIAL 04/27/2022 AT 845AM
   S           CTS: Not Held, Defendant Contd
   U 03/23/2022 DEFENDANT CALLED TO CONFIRM HEARING DATE/TIME, CONFIRMED      SGC
     04/18/2022 DEFENDANT CALLED TO CONFIRM TIME OF HEARING, CONFIRMED        CSC
     04/20/2022 WAIVER OF ATTENDANCE OF REPRESENTED DEFENDANT AT TRIAL        NXB
               CONFIRMATION HEARING FOR CONTINUANCE OF TRIAL DATE - FILED
               CAS2 154-    BEFORE COMMISSIONER RICK LEO - ZOOM HEARING       SEK
               TRIAL CONF; STATE REPRESENTED BY DPA SILVER IN PERSON
               DEFENDANT NOT PRESENT; DEF ATY WAKEFIELD PRESENT IN PERSON
               WAIVER OF ATTENDANCE OF REPRESENTED DEF AT TRIAL
               CONFIRMATION HEARING FOR CONTINUANCE OF TRIAL DATE
               DEFENSE MOTION TO CONTINUE, STATE NO OBJ, GRANTED
               EXCLUDED PERIOD; CONDITIONS OF RELEASE REMAIN
               COURT IS MAKING A FINDING THAT THERE IS GOOD CAUSE UNDER
               CRRLJ 3.4; THEREFORE DEFENDANT'S APPEARANCE IS NECESSARY


      Docket continued on next page
```

```
DD7020SX MXS              SNO CO DIST CT CASCADE DIV              PAGE:      8
12/04/2024  9:16 AM              D O C K E T
                                              CASE: 15722A19D SNO
DEFENDANT                                     Criminal Non-Traffic
  SMITH, TROY THOMAS                          Agency No.

TEXT - Continued
    S 04/20/2022 CTS Set for 06/01/2022 01:15 PM                            SEK
                 in Room 2 with Judge ESL
    U            JURY TRIAL 06/08/2022 AT 845AM
    S            CTS: Not Held, Defendant Contd
    U 04/26/2022 DEFENDANT CALLED RE HEARING DATE/TIME, GIVEN                SGC
      06/01/2022 CAS2 147-   BEFORE COMMISSIONER RICK LEO - ZOOM HEARING     SEK
                 TRIAL CONF; STATE REPRESENTED BY DPA BARNARD IN PERSON
                 DEFENDANT PRESENT IN PERSON
                 DEF ATY LAWRENCE PRESENT VIA ZOOM
                 DEF MOTION TO CONTINUE, CITY NO OBJ, GRANTED
                 EXCLUDED PERIOD, CONDITIONS OF RELEASE REMAIN
                 COURT IS MAKING A FINDING THAT THERE IS GOOD CAUSE UNDER
                 CRRLJ 3.4; THEREFORE DEFENDANT'S APPEARANCE IS NECESSARY
    S            CTS Set for 06/29/2022 01:15 PM
                 in Room 2 with Judge ESL
    U            JURY TRIAL 07/06/2022 AT 845AM
    S            CTS: Not Held, Defendant Contd
    U 06/24/2022 CALENDAR NOTE; MOTION FOR A BILL OF PARTICULARS FILED BY DEF
                 ATTY LAWRENCE
    S            MTN Set for 08/01/2022 02:15 PM
                 in Room 2 with Judge ESL
    U 06/28/2022 CALENDAR NOTE FILED (TIME CHANGED TO 215PM)
                 WAIVER OF ATTENDANCE OF REPRESENTED DEF AT TRIAL
                 CONFIRMATION HEARING FOR CONTINUANCE OF TRIAL DATE FILED
      06/29/2022 CAS2 206-    BEFORE COMMISSIONER RICK LEO - ZOOM HEARING
                 TRIAL CONF; STATE REP BY DPA BARNARD/HIGGINS IN PERSON
                 DEFENDANT NOT PRESENT; DEF ATY LAWSON PRESENT VIA ZOOM
                 COURT ACCEPTS WAIVER
                 DEF MOTION TO CONTINUE, CITY NO OBJ, GRANTED
                 EXCLUDED PERIOD, CONDITIONS OF RELEASE REMAIN
                 COURT IS MAKING A FINDING THAT THERE IS GOOD CAUSE UNDER
                 CRRLJ 3.4; THEREFORE DEFENDANT'S APPEARANCE IS NECESSARY
    S            CTS Set for 08/10/2022 01:15 PM
                 in Room 2 with Judge ESL
    U            JURY TRIAL 08/17/2022 AT 845AM
    S            CTS: Not Held, Defendant Contd
      07/27/2022 MTN on 08/01/2022 02:15 PM
                 Changed to Room 2 with Judge GNB
    U 07/29/2022 EMAIL RECEIVED FROM DEF ATY LAWRENCE TO STRIKE MOTION FILED
      08/01/2022 EMAIL RECEIVED FROM DEF ATY WESSINGER - PER JUDGE BOWDEN,
                 STRIKE MATTER
    S            MTN on 08/01/2022 02:15 PM
                 in Room 2 with Judge GNB Canceled
    U 08/10/2022 CAS2/211                                                    NXB
                 TRIAL CONFIRMATION; COMMISSIONER LEO; PROSECUTOR BOLTE
                 DEFENDANT PRESENT WITH COUNSEL S LAWRENCE
                 DEFENSE INDICATES A SUBPOENA DUCES TECTUM HAS BEEN FILED;
                 COURT DOES NOT HAVE SUBPOENA IN THE FILE
                 DEFENSE MOTION TO CONTINUE TO 8/15/22 IN ORDER TO ALLOW THE
```

Docket continued on next page

```
DD7020SX MXS              SNO CO DIST CT CASCADE DIV              PAGE:      9
12/04/2024  9:16 AM              D O C K E T
                                                   CASE: 15722A19D SNO
                                                   Criminal Non-Traffic
DEFENDANT                                           Agency No.
  SMITH, TROY THOMAS
```

TEXT - Continued

| | | |
|---|---|---|
| U 08/10/2022 | COURT TIME TO OBTAIN AND REVIEW SUBPOENA - NO OBJECTION - GRANTED | NXB |
| S | MTN Set for 08/15/2022 02:15 PM | |
| | in Room 2 with Judge ESL | |
| U | COURT NOW HAS SUBPOENA; MOTION CANCELLED | |
| | 217 - FOOTED | |
| S | MTN on 08/15/2022 02:15 PM | |
| | in Room 2 with Judge ESL Canceled | |
| U | 250 - RECALLED | |
| | COURT SIGNS SUBPOENA; REVIEW HEARING SET | |
| S | REV Set for 08/29/2022 02:15 PM | |
| | in Room 2 with Judge ESL | |
| U | 253 - FOOTED | |
| | 300 - RECALLED | |
| | DEFENSE MOTIONS TO CONTINUE; NO OBJECTION - GRANTED | |
| | COURT FINDS THIS TO BE AN EXCLUDED PERIOD | |
| | ALL PREVIOUSLY CONDITIONS IMPOSED REMAIN IN EFFECT | |
| | ***COURT DATES PROVIDED ON THE RECORD*** | |
| | DEFENSE COUNSEL TO NOTIFY DEFENDANT OF COURT DATE | |
| S | CTS Set for 09/21/2022 01:15 PM | |
| | in Room 2 with Judge ESL | |
| U | **JURY TRIAL SET FOR 09/28/22 @ 845AM | |
| | COURT IS MAKING AN INDIVIDUAL FINDING THAT THERE IS GOOD | |
| | CAUSE UNDER RULE 3.4 REQUIRING DEFENDANT BE PRESENT AT NEXT | |
| | TRIAL CONFIRMATION HEARING | |
| S | 22223100066 Miscellaneous Payment Received          20.00 TAE | |
| | for COPY/TAPE FEES | |
| | CTS: Not Held, Defendant Contd | NXB |
| U 08/22/2022 | JURY TRIAL SUBPOENA FILED | SEK |
| 08/29/2022 | DEF ATY EMAIL FILED REQUESTING A CONTINUANCE | |
| | CAS2: 0300 :BEFORE COMMISSIONER RICK LEO | |
| | REVIEW; STATE REP BY DPA HIGGINS PRESENT IN PERSON | |
| | DEFENDANT NOT PRESENT; DEF ATY LAWRENCE PRESENT IN PERSON | |
| | DEFENSE REQUESTS A CONTINUANCE, STATE NO OBJ, GRANTED | |
| | DEFENDANTS PRESENCE WAIVED AT NEXT HEARING | |
| | MATTER SET FOR SUBPOENA TO BE FULFILLED | |
| | NO NOTICE CREATED | |
| S | REV: Not Held, Defendant Contd | |
| 08/30/2022 | REV Set for 09/12/2022 02:15 PM | |
| | in Room 2 with Judge ESL | |
| U 09/12/2022 | SUBPOENA DUCES TECUM FILED - EVD ANIMAL SHELTER & D. ZINS | |
| | AMENDED SUBPOENA DUCES - EVD ANIMAL SHELTER FILED | |
| | CAS2: 0257 :BEFORE COMMISSIONER RICK LEO | |
| | REVIEW; STATE REP BY DPA HIGGINS PRESENT IN PERSON | |
| | DEFENDANT PRESENT IN PERSON | |
| | DEF ATY LAWRENCE PRESENT VIA ZOOM | |
| | SUBPOENAS ADDRESSED - DATES CHANGED TO 9/26/22 | |
| | SUBPOENA EVD ANIMAL SHELTER SIGNED | |
| | COPY OF SIGNED SUBPOENA EMAILED TO DEF ATY & STATE | |

Docket continued on next page

```
DD7020SX MXS              SNO CO DIST CT CASCADE DIV              PAGE:    10
12/04/2024  9:16 AM            D O C K E T

                                              CASE: 15722A19D SNO
                                              Criminal Non-Traffic
DEFENDANT                                      Agency No.
  SMITH, TROY THOMAS


TEXT - Continued
  S 09/12/2022 REV: Held                                                    SEK
     09/13/2022 REV Set for 09/26/2022 02:15 PM
                in Room 2 with Judge ESL
     09/21/2022 CTS Set for 09/26/2022 02:15 PM
                in Room 2 with Judge ESL
  U              CAS2: 0206 :BEFORE COMMISSIONER RICK LEO
                 TRIAL CONF; STATE REP BY DPA HIGGINS PRESENT IN PERSON
                 DEFENDANT PRESENT IN PERSON
                 DEF ATY LAWRENCE PRESENT IN PERSON
                 SUBPOENA ADDRESSED
                 DEFENSE REQEUSTS TO KEEP MATTER ON MONDAY FOR STATUS
                 STATE HAS NO OBJ, GRANTED
  S              CTS: Not Held, Defendant Contd
     09/26/2022 REV on 09/26/2022 02:15 PM                                  AMF
                Changed to Room 2 with Judge BAJ
                CTS on 09/26/2022 02:15 PM
                Changed to Room 2 with Judge BAJ
  U              WAIVER OF ATTENDANCE OF REPRESENTED DEFENDANT AT TRIAL
                 CONFIRMATION HEARING FOR CONTINUANCE OF TRIAL DATE FILED
                 CAS2:246- JUDGE PRO TEMB JALILI  - JURY CONFIRM CALENDAR
                 DPA HIGGINS PRESENT FOR STATE IN COURT
                 DEFENDANT NOT PRESENT, COUNSEL S LAWRENCE VIA ZOOM
                 DEFENSE MOVES FOR CONTINUANCE: GRANTED
                 - TIME FOUND EXCLUDED
  S              CTS Set for 11/02/2022 01:15 PM
                 in Room 2 with Judge ESL
  U              JURY TRIAL IS NOV 9, 2022 AT 845 AM
                 COURT IS MAKING A FINDING THAT THERE IS GOOD CAUSE UNDER
                 CRRLJ 3.4; THEREFORE DEFENDANT'S APPEARANCE IS NECESSARY
                 CASE SETTING NOTICE SCANNED TO DEFENSE COUNSEL TO PROVIDE
                 TO DEFENDANT
  S              REV: Not Held, Defendant Contd
                 CTS: Not Held, Defendant Contd
     10/19/2022 22293100051 Miscellaneous Payment Received        50.00 ATE
                 for CERTIFY DOC
  U              DEFENDANT PICKS UP CERITIFIED COPIES OF CASE DOCUMENTS AT
                 FRONT COUNTER
     11/02/2022 CAS2: 0207 :BEFORE COMMISSIONER RICK LEO                    SEK
                 TRIAL CONF; STATE REP BY DPA PATZER PRESENT IN PERSON
                 DEF NOT PRESENT; DEF ATY LAWRENCE PRESENT VIA ZOOM
                 DEF MOTION TO CONTINUE, PROS NO OBJ, GRANTED
                 EXCLUDED PERIOD, CONDITIONS OF RELEASE REMAIN
                 COURT IS MAKING A FINDING THAT THERE IS GOOD CAUSE UNDER
                 CRRLJ 3.4; THEREFORE DEFENDANT'S APPEARANCE IS NECESSARY
                 DEFENSE TO FILE A WRITTEN WAIVER - COURT WILL ACCEPT
  S              CTS Set for 11/30/2022 01:15 PM
                 in Room 2 with Judge ESL
  U              JURY TRIAL 12/07/2022 AT 845AM
  S              CTS: Not Held, Defendant Contd
```

Docket continued on next page

```
DD7020SX MXS                  SNO CO DIST CT CASCADE DIV              PAGE:     11
12/04/2024  9:16 AM                    D O C K E T
                                                        CASE: 15722A19D SNO
                                                        Criminal Non-Traffic
DEFENDANT                                               Agency No.
  SMITH, TROY THOMAS


TEXT - Continued
  U 11/30/2022 CAS2: 0214 :BEFORE COMMISSIONER RICK LEO                          SEK
               TRIAL CONF; STATE REP BY DPA PATZER PRESENT IN PERSON
               DEF NOT PRESENT; DEF ATY LAWRENCE PRESENT VIA ZOOM
               DEF MOTION TO CONTINUE, PROS NO OBJ, GRANTED
               EXCLUDED PERIOD, CONDITIONS OF RELEASE REMAIN
               COURT IS MAKING A FINDING THAT THERE IS GOOD CAUSE UNDER
               CRRLJ 3.4; THEREFORE DEFENDANT'S APPEARANCE IS NECESSARY
  S            CTS Set for 01/26/2023 01:15 PM
               in Room 2 with Judge JWM
  U            JURY TRIAL 02/15/2023 AT 900AM
  S            CTS: Not Held, Defendant Contd
  U 12/09/2022 NEXT TRIAL CONFIRMATION DATE - TIME ENTERED INCORRECTLY -
               CLERICAL ERROR
               AMENDED **TIME**NOTICE MAILED TO DEF & DEF ATY, COPY
               PROVIDED TO THE STATE VIA OUTGOING MAIL
  S            CTS Rescheduled to 01/26/2023 02:15 PM
               in Room 2 with Judge JWM
  U 12/27/2022 SUBPOENAS FILED - EIDSMORE, BLACKFORD & ISAACSON
               CALENDAR NOTE - MOTION TO SUPPRESS/DISMISS FILED BY DEF ATY
               LAWRENCE
     12/30/2022 MOTION AND ORDER FOR ORDER OF DISQUALIFICIATION PER RCW
               3.34.110
  S 01/03/2023 MTN Set for 02/06/2023 02:00 PM
               in Room 1 with Judge JJR
               MTN Rescheduled to 02/06/2023 02:15 PM
               in Room 1 with Judge JJR
  U 01/05/2023 CALENDAR NOTE- MOTION TO SUPPRESS/DISMISS FILED
  S 01/09/2023 MTN Rescheduled to 02/13/2023 02:15 PM
               in Room 1 with Judge JJR
  U 01/25/2023 T/C FROM DEFENDANT STATING THAT HIS ATTORNEY TOLD HIM HE HAD    REH
               COURT TOMORROW BUT DIDN'T BELIEVE HIM. TOLD DEF HE DID HAVE
               COURT ON 1/26/22 AND HAS HAD THIS COURT DATE SCHEDULED
               SINCE NOVEMBER
               BRIEF IN SUPPORT OF MOTION TO DISMISS PURUSANT TO CRRLJ 8.3    SEK
               - WORKING COPY PROVIDED TO JUDGE RANCOURT
  S 01/26/2023 CTS on 01/26/2023 02:15 PM                                      AMF
               Changed to Room 2 with Judge APP
  U            CAS2:   - JUDGE PRO TEM PASINETTI  - JURY CONFIRM CALENDAR
               PROSECUTOR R TU PRESENT IN COURT
               DEFENDANT PRESENT WITH COUNSEL S LAWRENCE
               ALL PARTIES CALL READY FOR JURY TRIAL
  S            JTR Set for 02/15/2023 09:00 AM
               in Room 1 with Judge JJR
               CTS: Not Held, Defendant Contd
  U 01/27/2023 CALENDAR NOTE - MOTION TO WITHDRAW, ORDER SHORTENING TIME,      SEK
               NOTICE OF INTENT AND MOTION TO WITHDRAW, EXPARTE MOTION AND
               AFFIDAVIT FOR ORDER SHORTENING TIME, ORDER OF ISCHARGE AND
               APPOINTMENT OF NEW COUNSEL FILED BY DEF ATY LAWRENCE -
               REFERRED TO JUDGE RANCOURT


Docket continued on next page
```

```
·DD7020SX MXS                    SNO CO DIST CT CASCADE DIV          PAGE:    12
12/04/2024  9:16 AM                    D O C K E T
                                                       CASE: 15722A19D SNO
                                                       Criminal Non-Traffic
DEFENDANT                                              Agency No.
  SMITH, TROY THOMAS


TEXT - Continued
  U 01/27/2023 ORDER SHORTENING TIME SIGNED BY JUDGE RANCOURT           SEK
  S            MTN Set for 01/30/2023 01:15 PM
               in Room 1 with Judge BAJ
               MTN Rescheduled to 01/30/2023 02:15 PM
               in Room 1 with Judge BAJ
  U            T/C FROM DEFENDANTING WANTING TO REQUEST TO HAVE HIS     REH
               APPEARANCE WAIVED AT THE 1/30/23 HRG - DEFENDANT THEN
               DECIDED HE WILL APPEAR AT HEARING
     01/30/2023 CAS1/235                                                NXB
               MOTIONS; JUDGE PRO TEM B JALILI; DPA D. VAKULCHIK
               DEFENDANT PRESENT WITH COUNSEL S LAWRENCE
               MATTER COMES BEFORE THE COURT ON DEFENSE MOTION TO WITHDRAW
               - DEFENDANT AGREES
               STATE INDICATES MATTER HAS ALREADY CONFIRMED FOR TRIAL
               STATE DOES NOT TAKE A POSITION ON DEFENSE MOTION TO WITHDRAW
               COURT GRANTS DEFENSE MOTION TO WITHDRAEW; ORDER SIGNED
  S            ATY 2 LAWRENCE, SCOTT WEYMOUTH        Removed
               on 01/30/2023
  U            COURT DIRECTLY APPOINTS THE OFFICE OF PUBLIC DEFENSE; ORDER
               SIGNED AND COPY PROVIDED TO ATTY S LAWRENCE
               DEFENSE WISHES TO MOVE FORWARD WITH MOTION SCHEDULED ON
               2/13/23
               **EXCLUDED PERIOD
               COPY OF ORDER OF DISCHARGE AND APPOINTMENT OF NEW COUNSEL
               PROVIDED TO ATTY S LAWRENCE, DEFENDANT, AND OFFICE OF PUBLIC
               DEFENSE
  S            MTN: Held
  U 02/09/2023 DEFENDANT CALLS EVERGREEN DIVISION; INQUIRES ON HOW TO FILL  RSW
               OUT A PETITION; CITING CIVIL RCW #'S. REFERRED DEFENDANT TO:
               WWW.WASHINGTONLAWHELP.ORG AND JUSTIA.COM TO SPEAK WITH ATTYS
               NOTICE OF SUBSTITUTION OF COUNSEL FILED                  SEK
     02/10/2023 STATES RESPONSE TO 8.3 MOTION TO DISMISS FILED - WORKING
               COPY PROVDED TO COMMISSIONER MILLETT
               MOTION FOR SERNA/SPEEDY TRIAL AND VERY LARGE DECLARATION OF  CSC
               DEFENDANT BY DEFENDANT FILED.
               MOTION TO DISMISS FOR BRADY VIOLATION BY DEFENDANT FILED
               MOTION OF CIVIL RULE 11 BY DEFENDANT FILED.
  S            MTY Set for 02/27/2023 01:15 PM
               in Room 1 with Judge JJR
  U            NOTICE OF APPEARANCE AND REQUEST FOR DISOCVERY FILED BY DEF  SEK
               ATY WESSINGER
  S 02/13/2023 ATY 3 WESSINGER, BENJAMIN BLAKE Added as Participant
               on 02/10/2023
  U            CAS2:0258:BEFORE JUDGE J. RANCOURT/REH MOTIONS CALENDAR  REH
               CITY REPRESENTED BY D. VAKULCHIK
               DEFENSE COUNSEL C. OLSON PRESENT; DEFENDANT PRESENT
               DEFENSE MOTIONS TO CONTINUE; NO OBJECTION: GRANTED
               COURT FINDS THIS TO BE AN EXCLUDED PERIOD
               ALL CONDITIONS PREVIOUSLY IMPOSED REMAIN IN EFFECT


     Docket continued on next page
```

```
DD7020SX MXS              SNO CO DIST CT CASCADE DIV            PAGE:    13
12/04/2024  9:16 AM                D O C K E T

                                              CASE: 15722A19D SNO
DEFENDANT                                     Criminal Non-Traffic
  SMITH, TROY THOMAS                          Agency No.


TEXT - Continued
   U 02/13/2023 *** COURT DATES PROVIDED ON THE RECORD ***               REH
                NOTICE OF REMOTE APPEARANCE FAXED TO JAIL
                PURSUANT TO LOCAL RULE 3.4, TRIAL CONFIRMATION IS A
                NECESSARY
   S            JTR on 02/15/2023 09:00 AM
                in Room 1 with Judge JJR Canceled
                JTR Set for 04/12/2023 09:00 AM
                in Room 1 with Judge JJR
                CTS Set for 04/02/2023 09:00 AM
                in Room 1 with Judge JJR
                MTY Rescheduled to 02/27/2023 02:15 PM
                in Room 1 with Judge JJR
                MTN: Not Held, Defendant Contd
   U 02/23/2023 DEF CALLED - PHONE CONNECTION WAS BAD, REQUESTED COURT    SEK
                DATE/TIME FOR 2/27, PROVIDED
                EMAIL RECEIVED FROM DEFENSE AND STATE CONFIRMING MOTION   AMF
     02/27/2023 CAS1/309                                                  NXB
                MOTION; JUDGE RANCOURT; PROSECUTOR D. VAKULCHIK
                DEFENDANT PRESENT WITH COUNSEL B WESSINGER
                MATTER COMES BEFORE THE COURT ON DEFENSE 8.3 MOTION
                315 - DEFENSE ADDRESSES THE COURT ON 8.3 MOTION
                324 - STATE RESPONDS
                COURT HEARS ARGUMENT
                COURT TAKES MATTER UNDER ADVISEMENT AND WILL ISSUE WRITTEN
                RULING WITHIN 7 DAYS
   S            CTS Rescheduled to 04/04/2023 09:00 AM
                in Room 1 with Judge JJR
                MTY: Held
   U 03/06/2023 COURT ISSUES WRITTEN RULING; ORDER DISMISSING PURSUANT TO
                CRRLJ 8.3 SIGNED BY JUDGE RANCOURT; COPY EMAILED TO DEFENSE
                AND STATE; COPY MAILED TO DEFENDANT
   S            Charge 1 Dismissed W/Prejudice : Defense Motion
                Case Heard Before Judge RANCOURT, JENNIFER
                Case Condition Terminated: No Criminal Violations
                Charge 2 Dismissed W/Prejudice : Defense Motion
                Case Heard Before Judge RANCOURT, JENNIFER
                JTR on 04/12/2023 09:00 AM
                in Room 1 with Judge JJR Canceled
                CTS on 04/04/2023 09:00 AM
                in Room 1 with Judge JJR Canceled
                Case Disposition of CL Entered
   U            **PHYSICAL FILE LOCATED AND CLOSED MARCH 2023**
     06/21/2023 NOTICE OF APPEARANCE FILED BY DEF ATY SULLIVAN           SEK
   S            Case Disposition Changed to Open
                ATY 4 SULLIVAN, BRIAN MICHAEL Added as Participant
                on 06/21/2023
   U            CASE FILE REQUESTED FROM RETENTION                       SGC
                NOTE FOR MOTION; MOTION FOR ORDER RELEASING PROPERTY AND  SEK
                DIRECTING THE STATE TO PROVIDE DOCUMENTATION OF LOST
```

Docket continued on next page

```
·DD7020SX MXS              SNO CO DIST CT CASCADE DIV              PAGE:    14
12/04/2024  9:16 AM                D O C K E T

                                            CASE: 15722A19D SNO
                                            Criminal Non-Traffic
DEFENDANT                                   Agency No.
  SMITH, TROY THOMAS


TEXT - Continued
  U 06/21/2023 PROPERTY CHAIN OF CUSTODY                                   SEK
    06/22/2023 WORKING COPY OF MOTION FOR ORDER PROVIDED TO JUDGE RANCOURT
               MOTION REFERRED TO JUDGE RANCOURT
    06/28/2023 PER JUDGE RANCOURT, SET MATTER IN COURTROOM 2
  S            MTN Set for 07/10/2023 01:15 PM
               in Room 2 with Judge JWM
  U 07/03/2023 ORDER SHORTENING TIME,AGREED MOTION FOR CONTINUANCE OF      MMM
               MOTION, ORDER ON CONTINUANCE FILED.
  S            MTN on 07/10/2023 01:15 PM                                  NXB
               Changed to Room 2 with Judge JST
  U            PER JUDGE RANCOURT MOTION FOR SHORTENING TIME AND           MMM
               CONTINUANCE DENIED THAT CALENDAR IS CLOSED
  S            EXP: Held
  U            PROSECUTOR ADVISED OF DENIAL ALTERNATIVE DATES OFFERED
               EMAIL FROM DEFENSE REQUESTED HEARING TO STAY ON 7/10/2023
    07/07/2023 STATES RESPONSE TO DEFENSE MOTION TO RELEASE PROPERTY AND   SEK
               PROVIDE DOCUMENTATION OF CHAIN OF CUSTODY FILED - WORKING
               COPY PLACED IN COURT FILE
    07/10/2023 CAS2:0155: BEFORE PRO TEM JUDGE THOMAS/REH -- MOTIONS       REH
               STATE REPRESENTED BY D. VAKULCHIK
               DEFENSE COUNSEL SULLIVAN PRESENT W/ DEFENDANT
               MATTER COMES BEFORE THE COURT REGARDING DEFENSE REQUESTS FOR
               CLARIFICATION OF WHEREABOUTS OF ANIMALS AND IF THEY CAN BE
               RETURNED TO DEFENDANT
               0200 - COURT ADDRESSES PARTIES
               0202 - PROSECUTOR MAKES STATEMENT
               0203 - DEFENSE MAKES STATEMENT
               COURT DENIES MOTION
  S            MTN: Held
  U 07/11/2023 STATES PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW;    MMM
               COURTS ORDER ON DEFENSE MOTION FOR RELEASE OF ANIMALS AND/OR
               RELEASE OF INFORMATION OF LOCATION OF DOGS FILED
               PROPOSED FINDINGS FORWARDED TO PRO TEM THOMAS               JLJ
    07/20/2023 MEMORANDUM DECISION AND ORDER SIGNED BY JUDGE PRO TEM THOMAS
               EMAILED TO COUNSEL
    08/10/2023 NOTICE OF APPEAL AND DESIGNATION OF RECORD, FILED
  S            Case Set on Appeal Tracking
  U 08/11/2023 NOTICE OF APPEAL FAXED TO SUPERIOR COURT
    08/14/2023 APPEAL & DESIGNATION DOCUMENTS FILED AT EVERGREEN DIVISION
               ARE RECEIVED AT CASCADE DIVISION
    08/17/2023 ACKNOWLEDGMENT & NOTICE OF HEARING FILED BY SUPERIOR COURT
    09/11/2023 T/C FROM SULLIVAN LAW GROUP REGARDING STATUS OF COPIES      REH
               REQUESTED - PER LEAD IT WILL GO OUT WITHIN THE NEXT FEW DAYS
    09/12/2023 TRANSMITTAL RECORD OF PROCEEDINGS WITH ALL REQUESTED        JLJ
               DOCUMENTS SENT TO SUPERIOR COURT VIA ABC; RECORDINGS POSTED
               TO SHARED DRIVE. COPY OF TRANSMITTAL RECORD & CD OF
               RECORDINGS SENT TO ATTY SULLIVAN. TRANSMITTAL LETTER SENT TO
               ALL PARTIES.
    06/06/2024 NOTIFICATION OF SUPERIOR COURT DECISION ON RALJ APPEAL
```

Docket continued on next page

```
DD7020SX MXS              SNO CO DIST CT CASCADE DIV              PAGE:    15
12/04/2024  9:16 AM              D O C K E T
                                              CASE: 15722A19D SNO
                                              Criminal Non-Traffic
DEFENDANT                                     Agency No.
  SMITH, TROY THOMAS

TEXT - Continued
 U 06/06/2024 (MANDATE), FILED                                          JLJ
    09/03/2024 REFERRED TO JUDGE RANCOURT: NO ACTION TAKEN
    10/11/2024 DEF CALLED RE REQUESTING AUDIO RECORDINGS OF PREVIOUS     SGC
               AUDIO REQUESTS, PUBLIC RECORDS CLERK REVIEWED THE DOCKET AND
               PROVIDED DATES OF PREVIOUS REQUESTS FOR AUDIO
    10/18/2024 DEF T/C RE FIRST AND LAST HEARING DATES - INFO GIVEN AND  RAB
               CLERK INFORMED DEF PROCESS FOR REQUESTING RECORDS


ACCOUNTING SUMMARY
                     Total Due      Paid       Credit       Balance
   Timepay: N          130.00       130.00

ADDITIONAL CASE DATA
  Case Disposition
    Disposition: OPEN

  Parties
    Attorney          WESSINGER, BENJAMIN BLAKE
                      SULLIVAN, BRIAN MICHAEL

  Personal Description
    Sex: M   Race: U   DOB: 04/11/1968
    Dr.Lic.No.: WDL7T477C13B   State: WA   Expires: 2027
    Employer: GOODHUE INC
    Height: 6    Weight: 235   Eyes: BRO   Hair: BRO
    Identifying Information: RILEYSMITH4@GMAIL

  Hearing Summary
    Held    ARRAIGNMENT          ON 12/17/2019 AT 01:15 PM IN ROOM 1   WITH JJR
    Held    REVIEW HEARING       ON 09/12/2022 AT 02:15 PM IN ROOM 2   WITH ESL
    Held    MOT-NO TSTMNY        ON 01/30/2023 AT 02:15 PM IN ROOM 1   WITH BAJ
    Held    MOT-TESTIMONY CN-CT  ON 02/27/2023 AT 02:15 PM IN ROOM 1   WITH JJR
    Held    EX PARTE HEARING     ON 07/03/2023 AT 03:00 PM IN ROOM 1   WITH JJR
    Held    MOT-NO TSTMNY        ON 07/10/2023 AT 01:15 PM IN ROOM 2   WITH JST

  Case Review Status               Review Date     Complied
    (ON APPEAL)                    08/10/2023

End of docket report for this case
```

STATE OF WASHINGTON } ss.
COUNTY OF SNOHOMISH }

The undersigned Clerk of the Court does hereby
certify that the foregoing instrument is a true and
correct copy of the original now on file in this court.
In witness whereof, I have hereunto set my hand
this 4th day of December 2024.
By Monica Sanches _____ Clerk
Cascade Division  Snohomish County District Court



Home » Judges

# Chief Judge David G. Estudillo Chambers

**The Honorable David G. Estudillo**

United States Courthouse

1717 Pacific Avenue, Suite 4410

Tacoma, WA 98402-3200

Chambers: (253) 882-3840

Courtroom Deputy: (253) 882-3825

Case Administrator: (253) 882-3802

Proposed Orders:

estudilloorders@wawd.uscourts.gov

Courtroom: B

Chambers Procedures

Emailed Judge David G. Estudillo their evidence of Spoilation or Error

He doesn't Check his E-mail



 

9:14                        100%

 **Troy Smith** Mar 25

to estudilloorders               



-148778...058.jpg       

 **Mail Delivery S...** Mar 25

to me