UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TROY T. SMITH,<br><br>   Plaintiff,<br><br>   v.<br><br>SNOHOMISH COUNTY, et al.,<br><br>   Defendants. | CASE NO. C25-0657JLR<br><br>ORDER |

Before the court is *pro se* Plaintiff Troy T. Smith's motion for leave to file an amended complaint against Defendants Snohomish County and the City of Everett. (Mot. (Dkt. # 4).) To ensure the just and speedy determination of this action, the court exercises its discretion to decide Mr. Smith's motion before its noting date. Fed. R. Civ. P. 1.

   Mr. Smith asserts that he wants to add the following causes of action to his complaint: (1) violation of the Fifth Amendment; (2) violation of the Seventh Amendment; (3) violation of the Fourteenth Amendment; (4) judicial misconduct; and

ORDER - 1

1  (5) intentional infliction of emotional distress. (*See* Mot.) Mr. Smith represents that he
2  served Defendants on July 8, 2025. (*See* Aff. (Dkt. # 5).) He filed the instant motion on
3  the same day. (*See* Mot.) Under Federal Rule of Civil Procedure 15(a)(1)(A), a party
4  may amend its pleading once as a matter of course within 21 days of serving it. Fed. R.
5  Civ. P. 15(a)(1)(A). Accordingly, the court GRANTS Mr. Smith's motion to file an
6  amended complaint. The court DIRECTS Mr. Smith to refile his amended complaint,
7  including the above five newly-added causes of action, on the docket by **July 17, 2025**.

Dated this 10th day of July, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2