Honorable Presiding Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TROY T. SMITH, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SNOHOMISH COUNTY, CITY OF EVERETT, And J. DOE #1 through 50, inclusive,<br><br>　　　　　　Defendants. | NO. C25-657-TL<br><br>DECLARATION OF DEBORAH A. SEVERSON IN SUPPORT OF DEFENDANT SNOHOMISH COUNTY'S MOTION FOR RELIEF FROM MEET & CONFER REQUIREMENTS |

I, Deborah A. Severson, being over 18 years of age and otherwise competent to testify, hereby declare under penalty of perjury pursuant to the laws of the State of Washington that the following statements are true and correct to the best of my knowledge:

1.　I am a Deputy Prosecuting Attorney in the Civil Division of the Snohomish County Prosecuting Attorney's Office. I have held this position since August 2019. I was admitted to the practice of law in Washington in 2004. I am an inactive member of the California bar, and was admitted to practice in California in 1981.

2.　I am currently assigned as co-counsel to represent Snohomish County in the above-entitled matter with Deputy Prosecuting Attorney Christopher D. Lee. Both DPA Lee and

DECLARATION OF DEBORAH A. SEVERSON IN SUPPORT OF
DEFENDANT SNOHOMISH COUNTY'S MOTION FOR RELIEF
FROM MEET & CONFER REQUIREMENTS       - 1
USDC #C25-657-TL

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

I represented and currently represent Snohomish County and the City of Everett in Mr. Smith's previous litigation, *Smith v. Snohomish County, et al.* United States Court of Appeals-9th Circuit Case #25-2136 (on appeal from United States District Court Western District Case #C24-288-TLF). *See* Dkt. 8.

3. I have communicated with Mr. Smith by phone and in writing several times over the past few years regarding Mr. Smith's tort claims and prior litigation against Snohomish County and the City of Everett.

4. On September 3, 2025 I participated in a telephone conference call for the purpose of complying with the Court's ordered FRCP 26(f) conference. The conference began at 1:30 p.m. and lasted for approximately 45 minutes, ending at about 2:15 p.m. Most of the 45 minutes was taken by Mr. Smith insisting on discussing the merits of his case, the merits of his prior case and appeal, his dissatisfaction with me, with Magistrate Judge Fricke, and with the judicial system generally in a rambling fashion and in a loud tone of voice.

5. Deputy Prosecuting Attorney Christopher Lee was also on the call, and on video camera. I was in the same room with Mr. Lee, but not on camera. Attorney Amme Verbarendse participated in the call, representing the City of Everett. Mr. Smith participated in the call. At the start of the call Mr. Lee identified himself and stated I was also in the room. I said, "good afternoon". Ms. Verbarendse identified herself. I am familiar with Mr. Smith's voice. I heard a male voice, not Mr. Smith's voice, in the background at various times during the call, but that person was not identified. I had assumed the male voice was Attorney Jack Follis.

6. Prior to the call Mr. Lee had sent by email to Mr. Smith, Attorney Jack Follis and Ms. Verbarendse a draft joint status report. Mr. Lee started the discussion by informing Mr.

DECLARATION OF DEBORAH A. SEVERSON IN SUPPORT OF
DEFENDANT SNOHOMISH COUNTY'S MOTION FOR RELIEF
FROM MEET & CONFER REQUIREMENTS  - 2
USDC #C25-657-TL

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

Smith that the purpose of the call was to comply with the Court's order that the parties meet and confer to complete the Joint Status Report for filing on or before September 11, 2025, and that the primary purpose of the Joint Status Report was for scheduling purposes. Mr. Lee began discussing the various required portions of the JSR, asking whether Mr. Smith and Ms. Verbarendse whether they agreed or disagreed.

7. Mr. Smith stated this was the first time he had been allowed to talk to anyone about the case for six and half years, and began to repeatedly discuss the merits of this case, as well as the merits of the prior case currently on appeal to the 9th Circuit. Ms. Verbarendse tried to redirect Mr. Smith to discuss the items on the JSR. Ms. Verbarendse was professional and polite, but repeatedly reminded Mr. Smith that the purpose of the conference was not to talk about the merits of the case. Mr. Smith continued to insist on discussing his prior action in the District Court (currently on appeal), interrupting and talking over Ms. Verbarendse.

8. When discussing defendants proposal in the JSR that discovery be completed in approximately 7 months, Mr. Smith stated he did not need any time for discovery other than to subpoena a judge, that the Court already had all the information it needed from the other lawsuit. He stated he has lost his house, and his step-daughter has cancer and needs a $120,000 surgery. He stated if his step-daughter died he would not stop, that "I will live for lawsuits", "I'll take every name off the docket", and "I will make this my job".

9. When the conference began Mr. Smith was calm, but over the course of the conference he became argumentative, and his voice became louder. When Ms. Verbarendse informed Mr. Smith that defendants would state in the JSR that defendants had not been served with process, Mr. Smith statedly repeatedly that service had had been made in the first lawsuit. I

DECLARATION OF DEBORAH A. SEVERSON IN SUPPORT OF
DEFENDANT SNOHOMISH COUNTY'S MOTION FOR RELIEF
FROM MEET & CONFER REQUIREMENTS    - 3
USDC #C25-657-TL

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

heard at least twice a male voice – not Mr. Smith's – say something about "service". Mr. Smith continued to insist on arguing the merits of his case, saying "you guys are all alike" and stated that the courts don't follow the rules or statutes. It was nearly impossible to redirect Mr. Smith's attention to the JSR itself at this point in the conference, so Ms. Verbarendse stated she would send another draft of the JSR to Mr. Smith by email, that he could add what he wanted to add to it before signing it.

10. Near the end of the call Mr. Smith said "only Jesus Christ can save you guys. If he comes down right now he would know where he stands with you."

11. In this litigation Mr. Smith has compared me and Magistrate Judge Fricke to "Donald Trump" and the "Epstein Files", Dkt. 15, 6:6-10, and has alleged in the prior matter currently on appeal to the Ninth Circuit that "the state" is "hiding (spoiling) my evidence" (Case #C24-288-TLF, Dkt. 65, p.3 paragraph 7.)

12. Mr. Smith's prior lawsuit, now on appeal, was dismissed by Magistrate Judge Fricke on February 27, 2025. Mr. Smith filed a Notice of Appeal from that dismissal on March 26, 2025.

13. On Saturday, March 1, 2025, after the prior case had been dismissed, Mr. Smith sent me an email regarding "malicious prosecution". A true and correct copy of the email is attached as *Exhibit 1*. On March 5, 2025 Mr. Smith called and left a voice mail message for me stating that documents he had filed in PACER were "spoiled", had been taken out and that "whoever took it out…that's a federal crime." The implication from Mr. Smith's voice mail message was an allegation that I had "spoiled" documents in PACER. I did not return the call.

DECLARATION OF DEBORAH A. SEVERSON IN SUPPORT OF
DEFENDANT SNOHOMISH COUNTY'S MOTION FOR RELIEF
FROM MEET & CONFER REQUIREMENTS - 4
USDC #C25-657-TL

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

14. On March 21, 2025 Mr. Smith called and me and left a voice mail message stating that his prior attorney, Mr. Sullivan, had deleted evidence from his cell phone and that he was going to connect it to me, he stated I was corrupt, the system was corrupt, that we didn't follow the laws and that he was going to "relieve" my immunity along with that of Magistrate Judge Fricke. I did not return the call. On April 22, 2025 Mr. Smith sent me an email with an attached video. The email stated, "Buy next week this will be everywhere, nothing hide now". The video recording is a recording in excess of eighteen minutes of Mr. Smith detailing his allegations against the Defendants. A true and correct copy of the email only, not including the video recording, is attached as *Exhibit 2*.

15. On July 9, 2025 Mr. Smith sent me an email related to his prior litigation. I was out of the office between July 9, 2025 and July 16, 2025, and did not receive Mr. Smith's email until July 17, 2025. Mr. Smith's email said, "When have time can you call me I have question only you can answer Troy 425-399-4609". A true and correct copy of Mr. Smith's email is attached as *Exhibit 3*. On July 17, 2025 I received another email from Mr. Smith requesting a call. A true and correct copy of the July 17, 2025 email is attached as *Exhibit 4*.

16. On July 17, 2025 I wrote a letter to Mr. Smith asking him to communicate in writing with me or Mr. Lee regarding the pending appeal. A true and correct copy of that letter and the email transmitting the letter to Mr. Smith are attached, collectively, *as Exhibit 5*. I wrote the letter asking for communication only in writing because my prior experience in conversations with Mr. Smith and because of his communications and conduct prior to July 17, 2025, as detailed above. I wanted to be sure that there were no misunderstandings about any communications between Mr. Smith, our office, and me or Mr. Lee.

DECLARATION OF DEBORAH A. SEVERSON IN SUPPORT OF
DEFENDANT SNOHOMISH COUNTY'S MOTION FOR RELIEF
FROM MEET & CONFER REQUIREMENTS  - 5
USDC #C25-657-TL

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

17. On the morning of July 22, 2025, in the span of a few minutes, Mr. Smith called three different employees in the Prosecutor's Office and asked to speak with me. I assume the calls were made after Mr. Smith had received my letter requesting only written communication. I did not return those calls.

18. Because of my experiences communicating with Mr. Smith over the past several years, I do not believe that communicating with him verbally will assist any party, or the Court, and will not expedite this litigation. I respectfully ask the Court to relieve the parties from any meet and confer requirements imposed by the Federal Civil Rules, my Local Civil Rules, or by standing orders of this Court.

Executed at Everett, Washington this 9th day of September, 2025.

By: *Deborah A. Severson*
DEBORAH A. SEVERSON, WSBA #35603

DECLARATION OF DEBORAH A. SEVERSON IN SUPPORT OF
DEFENDANT SNOHOMISH COUNTY'S MOTION FOR RELIEF
FROM MEET & CONFER REQUIREMENTS    - 6
USDC #C25-657-TL

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

## DECLARATION OF SERVICE

I declare that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that I caused to be delivered **Declaration of Deborah A. Severson in Support of Defendant Snohomish County's Motion for Relief from Meet & Confer Requirements** on the following parties by the methods indicated:

Troy T. Smith
5603 East Lake Bosworth Drive
Snohomish, WA 98290
*Pro Se Plaintiff*

☐ Electronic Filing (CM/ECF)
☐ E-Mailed
☐ Facsimile
☒ ***U.S. Mail***
☐ Hand Delivery
☐ Messenger Service

John A. Follis
Amme Verbarendse
Anderson Hunter Law Firm, P.S.
2707 Colby Avenue, Suite 1001
Everett, WA 98201
JFollis@andersonhunterlaw.com
AVerbarendse@andersonhunterlaw.com
*Attorneys for Defendant City of Everett*

☒ ***Electronic Filing (CM/ECF)***
☐ E-Mailed
☐ Facsimile
☐ U.S. Mail
☐ Hand Delivery
☐ Messenger Service

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 9th day of September, 2025.

_____
Cindy Ryden, Legal Assistant

DECLARATION OF DEBORAH A. SEVERSON IN SUPPORT OF
DEFENDANT SNOHOMISH COUNTY'S MOTION FOR RELIEF
FROM MEET & CONFER REQUIREMENTS     - 7
USDC #C25-657-TL

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

# **Exhibit 1**

| | |
|---|---|
| **From:** | Troy Smith |
| **To:** | Severson, Deborah |
| **Subject:** | Why the petition was delt with plus they were already breaking the law selling them . |
| **Date:** | Saturday, March 1, 2025 12:35:36 AM |

 CAUTION. This email originated from outside of this organization. Please exercise caution with links and attachments.

When a court falsely charges someone to prevent them from filing a lawsuit, it's typically referred to as "malicious prosecution"; this is a legal claim where you can sue the party who initiated the false charges if they were made without probable cause and with the intention to harm you, causing damage to your reputation and causing you to incur legal costs while defending yourself against the false charges.

Key points about malicious prosecution:

**Requires proof of malice:**
To win a malicious prosecution case, you must demonstrate that the person who filed the charges against you knew they were false or acted with reckless disregard for the truth and intended to harm you by initiating the legal action.

**Exhibit 2**

| | |
|---|---|
| **From:** | Severson, Deborah |
| **To:** | Lee, Chris; Lindquist, Lisa; Ryden, Cindy |
| **Subject:** | Smith v. SnoCo FW: Item shared with you: "IMG_5505.MOV" |
| **Date:** | Wednesday, April 23, 2025 6:26:01 AM |
| **Attachments:** | image001.png |

Cindy,

Please save the email and image to the file.

**From:** Troy Smith (via Google Drive) <rileysmith4@gmail.com>
**Sent:** Tuesday, April 22, 2025 9:39 PM
**To:** Severson, Deborah <Deborah.Severson@co.snohomish.wa.us>
**Subject:** Item shared with you: "IMG_5505.MOV"

 CAUTION. This email originated from outside of this organization. Please exercise caution with links and attachments.

# Troy Smith shared an item

 Troy Smith (rileysmith4@gmail.com) has shared the following item:

Buy next week this will be everywhere,nothing hide now

IMG_5505.MOV


This email grants access to this item without logging in. Only forward it to people you trust.

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because rileysmith4@gmail.com shared a file or folder located in Google Drive with you.



**Exhibit 3**

| | |
|---|---|
| From: | Troy Smith |
| To: | Severson, Deborah |
| Subject: | Re: Mediation Smith v. Snohomish County, et. al. |
| Date: | Wednesday, July 9, 2025 3:04:47 PM |
| Attachments: | image001.png |
| | image001.png |

 CAUTION. This email originated from outside of this organization. Please exercise caution with links and attachments.

When have time can you call me I have question only you can answer Troy 425-399-4609

On Tue, Jan 7, 2025, 11:02 AM Severson, Deborah <Deborah.Severson@co.snohomish.wa.us> wrote:

> Mr. Smith,
>
> In our November 26, 2024 letter to you, at the last paragraph, Defendants proposed Mr. Rosen, Rosen Resolution, https://rosenresolution.com/, as mediator.  As of this date, we have received no response to that proposal.  If you agree to Mr. Rosen please advise and we will request his available dates for mediation.  If you do not agree to Mr. Rosen, please propose another mediator(s).
>
> Deborah A. Severson
>
> Snohomish County Prosecuting Attorney's Office
>
> Deputy Prosecuting Attorney – Civil Division
>
> 3000 Rockefeller, M/S 504
>
> Everett, WA 98201-4046
>
> Direct   425-262-2105
>
> email: deborah.severson@co.snohomish.wa.us
>
> **NOTICE**:  All emails, and attachments, sent to and from Snohomish County are public records and may be subject to disclosure pursuant to the Public Records Act (Chapter 42.56 RCW).
>
> CONFIDENTIALITY STATEMENT:  This message may contain information that is protected by the

attorney-client and/or work product privilege.  If this message was sent to you in error, any use, disclosure or distribution of its contents is prohibited.  If you receive this message in error, please contact me at the telephone number or e-mail address listed above and delete this message without printing, copying, or forwarding it.  Thank you.

**From:** Troy Smith <rileysmith4@gmail.com>
**Sent:** Monday, January 6, 2025 2:25 PM
**To:** Severson, Deborah <Deborah.Severson@co.snohomish.wa.us>; Lee, Chris <Chris.Lee@co.snohomish.wa.us>
**Subject:** Mediation

 CAUTION. This email originated from outside of this organization. Please exercise caution with links and attachments.

The deadline for medication is March 21st. When and where are we having mediation?

Best regards, Troy Smith

**Exhibit 4**

| | |
|---|---|
| **From:** | Troy Smith |
| **To:** | Severson, Deborah |
| **Subject:** | Re: Automatic reply: Mediation Smith v. Snohomish County, et. al. |
| **Date:** | Thursday, July 17, 2025 10:24:18 AM |

 CAUTION. This email originated from outside of this organization. Please exercise caution with links and attachments.

Can you please call me ,Troy 425-399-4609

On Wed, Jul 9, 2025, 3:04 PM Severson, Deborah <Deborah.Severson@co.snohomish.wa.us> wrote:

> I am out of the office until Thursday July 17th. If you need immediate assistance, please contact my paralegal, Lisa Lindquist (lisa.lindquist@snoco.org) or my assistant, Cindy Ryden (cindy.ryden@snoco.org).

**Exhibit 5**



**Snohomish County
Prosecuting Attorney
Jason J. Cummings**

Civil Division
Bridget E. Casey, Chief Deputy
Robert J. Drewel Building, 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, WA  98201-4060
(425) 388-6330
Fax (425) 388-6333

*Sent Via Email & U.S. Mail*

July 17, 2025

Mr. Troy T. Smith
5603 East Lake Bosworth Drive
Snohomish, WA 98290

Re:  *Troy Smith v. Snohomish County, et al.*; 9th Cir. COA #25-2136 & USDC #C25-657-JLR

Dear Mr. Smith:

I have been out of the office and, when I returned on July 17, 2025, I received an e-mail message from you dated July 9, 2025.  Your July 9th email said, "When have time can you call me I have question only you can answer Troy 425-399-4609."  I am informed by my staff that you also left a voice mail message for my assistant, Cindy Ryden, asking her to call you. Today, I received another email from you requesting a call. In the future please direct any questions about the pending appeal to me or to Deputy Prosecuting Attorney Chris Lee.

DPA Lee and I represent the Defendants/Respondents in this case and cannot give you legal advice.  If you wish to communicate with me or DPA Lee regarding the pending appeal, please do so in writing.

Very truly yours,

*[signature]*

Deborah A. Severson
Christopher D. Lee
Deputy Prosecuting Attorneys

S:\Civil\Litigation\Smith,TroyT._C24-012.(USDC.C24-288-TLF)\Corr\Drafts\2025.07.17_Ltr.to.T.Smith-FINAL.docx

| Administration | Criminal Division | Family Support Division |
|---|---|---|
| Michael C. Held, Chief of Staff | Elise Deschenes, Chief Deputy | Julie Mohr, Chief Deputy |
| Robert J. Drewel Bldg., 7th Floor | Mission Building | Robert J. Drewel Bldg., 6th Floor |
| (425) 388-7002 | (425) 388-3333 | (425) 388-7280 |
| Fax (425) 388-6333 | Fax (425) 388-3572 | Fax (425) 388-7295 |